**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| IN RE:<br>ALABAMA NITROGEN HYPOXIA<br>PROTOCOL LITIGATION | Case No. 2:24-cv-00111-ECM<br><br>**CAPITAL CASE** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO AMEND THE PLEADINGS**

Pursuant to the Court's Uniform Scheduling Orders entered in the cases in this consolidated litigation,[1] amendments to the pleadings are due on or before April 24, 2026. Counsel for Plaintiff Jarrod Taylor respectfully move for a one-week extension of this deadline or until May 1, 2026.

Plaintiff requests an additional week to consider potential amendments to his Complaint on the same timing as Plaintiffs Kim Van Pelt, Rick Belisle, Jimmy Brooks, Jr., Marcus Williams, and Larry George, who were recently granted an extension by the Court. *See* ECF No. 120.

Plaintiff has conferred with Defendants, who do not oppose the request for extension.

Dated: April 24, 2026

Respectfully submitted,

*/s/ Andrew J. Ehrlich*

Andrew J. Ehrlich

**Paul, Weiss, Rifkind, Wharton &
Garrison LLP**

Andrew J. Ehrlich (NY Bar No. 4103909)
(*pro hac vice*)
Justin D. Lerer (NY Bar No. 4182812)

---

[1] *See Van Pelt* v. *Hamm*, No. 2:25-cv-671-ECM (M.D. Ala. Feb. 9, 2026), ECF No. 47.

(*pro hac vice*)
Kyle T. Sieber (NY Bar No. 5755798)
(*pro hac vice*)
Matthew D. Kaminer (NY Bar No. 5997325)
(*pro hac vice*)

1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
aehrlich@paulweiss.com
jlerer@paulweiss.com
ksieber@paulweiss.com
mkaminer@paulweiss.com

*Attorneys for Plaintiff Jarrod Taylor*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ Andrew J. Ehrlich*

Andrew J. Ehrlich