**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| IN RE:<br>ALABAMA NITROGEN HYPOXIA<br>PROTOCOL LITIGATION | Case No. 2:24-cv-00111-ECM<br><br>**CAPITAL CASE** |

## [PROPOSED] ORDER

Now pending before the Court is the unopposed motion for extension of time to amend the pleadings filed by Plaintiff Jarrod Taylor ("Taylor"). Upon consideration of the motion, and for good cause, it is

ORDERED that the motion is GRANTED, and the deadline for Taylor to amend pleadings is EXTENDED until May 1, 2026.

DONE this ___ day of April, 2026.

_____
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE