**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| IN RE: ALABAMA NITROGEN HYPOXIA PROTOCOL LITIGATION | Case No. 2:24-cv-00111-ECM<br><br>**CAPITAL CASE** |

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to LR 83.1(b), please enter my appearance *pro hac vice* on behalf of Plaintiff Jarrod Taylor.  The Court should allow this Motion because:

1.  I reside, and regularly practice law, in New York.  I am admitted to the United States District Courts for the Southern and Eastern Districts of New York; the United States Courts of Appeals for the Second, Ninth, and District of Columbia Circuits; and the New York Supreme Court, Appellate Division, Second Department;

2.  I am in good standing with these bars, and I have attached herewith a Certificate of Good Standing from the United States District Court for the Southern District of New York; and

3.  I have paid herewith the fee required for admission under LR 83.1(b).

Respectfully submitted,

JARROD TAYLOR

By his attorneys,

*/s/ David K. Kessler*
David King Kessler (NY Bar No. 4761938)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
dkessler@paulweiss.com

Dated: May 1, 2026

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

_____ DAVID  KING  KESSLER _____ , Bar # _____ DK0582 _____

was duly admitted to practice in the Court on

_____ December 14, 2010 _____

and is in good standing as a member of the Bar of this Court

Dated at        500 Pearl St.          On
                New York, New York              _____ May 1, 2026 _____

_____ Tammi M. Hellwig _____          By          _____ s/B. Cong _____
        Clerk of Court                                   Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ David K. Kessler*

David K. Kessler