**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| IN RE: <br> ALABAMA NITROGEN HYPOXIA <br> PROTOCOL LITIGATION | Case No. 2:24-cv-00111-ECM <br><br> **CAPITAL CASE** |

**[PROPOSED] STIPULATED ORDER REGARDING**
**PLAINTIFF JARROD TAYLOR'S FIRST AMENDED COMPLAINT**

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Rule 15.1, a plaintiff may amend his pleading "with the opposing party's written consent";

WHEREAS, Plaintiff Jarrod Taylor seeks to amend his Complaint to propose an additional alternative method of execution and to remove claims for relief that the Court dismissed in its January 15, 2026 Order;

WHEREAS, counsel for Plaintiff contacted counsel for Defendants for their consent to amend the Complaint;

WHEREAS, on April 30, 2026, counsel for Defendants provided written consent to Plaintiff's request to amend the Complaint;

NOW, THEREFORE, the Parties, by and through their undersigned counsel, hereby stipulate as follows:

1. Plaintiff shall file his First Amended Complaint contemporaneously with this Stipulation;

2. Pursuant to Local Rule 15.1, Plaintiff shall attach to that filing, as Exhibit A, a copy of the original Complaint; and

3. Defendants shall have fourteen (14) days after the Court's approval of this Stipulation to respond to the First Amended Complaint.

1

**STIPULATED AND AGREED:**

Dated: May 1, 2026

By: */s/ Justin D. Lerer*

Andrew J. Ehrlich (NY Bar No. 4103909)
(*pro hac vice*)
David K. Kessler (NY Bar No. 4761938)
(*pro hac vice* admission pending)
Justin D. Lerer (NY Bar No. 4182812)
(*pro hac vice*)
Kyle T. Sieber (NY Bar No. 5755798)
(*pro hac vice*)
Matthew D. Kaminer (NY Bar No. 5997325)
(*pro hac vice*)

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
aehrlich@paulweiss.com
dkessler@paulweiss.com
jlerer@paulweiss.com
ksieber@paulweiss.com
mkaminer@paulweiss.com

*Attorneys for Plaintiff Jarrod Taylor*

By: */s/ Lauren A. Simpson*

Steve Marshall
*Attorney General*
Polly S. Kenny
*Assistant Attorney General*
Lauren A. Simpson
*Deputy Attorney General*

**State of Alabama**
**Office of the Attorney General**
501 Washington Ave.
Montgomery, AL 36130
(334) 242-7300
Lauren.Simpson@AlabamaAG.gov

*Attorneys for Defendants*

**SO-ORDERED**

_____

Hon. Emily C. Marks
United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 1, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Justin D. Lerer*

Justin D. Lerer