**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| Alabama Nitrogen Hypoxia | ) | Case No. 2:24-cv-00111-ECM |
| Protocol Litigation | ) | |

## PLAINTIFF JIMMY BROOKS, JR.'S UNOPPOSED MOTION FOR LEAVE TO AMEND

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Local Rule 15.1, and the Court's Uniform Scheduling Orders entered in the cases in this consolidation litigation,[1] as modified by this Court's Order of April 24, 2026 granting an unopposed motion for extension of time to amend the pleadings (ECF No. 120), Plaintiff Jimmy Brooks, Jr. respectfully moves to amend his Complaint 1) to amend his first alternative method of execution to add an intravenous injection of morphine; and 2) to remove claims for relief that the Court dismissed in its Order of January 15, 2026.  Plaintiff has conferred with Defendants, who do not oppose the proposed amendments.

In support of this motion, Plaintiff has attached an original and an amended copy of his Complaint as Exhibits A and B, respectively.

---

[1] *See Van Pelt v. Hamm*, No. 2:25-cv-671-ECM (M.D. Ala. Feb. 9, 2026) (ECF No. 47).

Dated:  May 1, 2026

Respectfully submitted,

*/s/ Angelique A. Ciliberti*
Angelique A. Ciliberti (ASB: 1504T44C)
Paige H. Sharpe (pro hac vice)
Anna K. Thompson (pro hac vice)
Kevin A. Cline (pro hac vice)
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave. NW
Washington, DC 20001
(202) 942-5000
angelique.ciliberti@arnoldporter.com
paige.sharpe@arnoldporter.com
anna.thompson@arnoldporter.com
kevin.cline@arnoldporter.com

*Attorneys for Plaintiffs Kim Van Pelt,*
*Rick Belisle, Jimmy Brooks, Jr.,*
*Marcus Williams, and Larry George*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2026, the foregoing has been electronically filed with the Clerk of the Court and therefore a copy has been electronically served upon counsel for Defendants.

/s/ Angelique A. Ciliberti
Angelique A. Ciliberti