**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| IN RE: ALABAMA NITROGEN HYPOXIA PROTOCOL LITIGATION | Case No. 2:24-cv-00111-ECM<br><br>**CAPITAL CASE** |

## NOTICE OF APPEARANCE

Pursuant to the Court's May 1, 2026 Order, ECF No. 128, please take notice that

David K. Kessler, having been admitted *pro hac vice*, hereby appears as counsel for Plaintiff Jarrod

Taylor in the above-captioned action, and requests that all future pleadings and other papers filed

be served on him at the below address and/or email address.

Dated: May 1, 2026

Respectfully submitted,

*/s/ David K. Kessler*

David King Kessler (NY Bar No. 4761938)
(*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
dkessler@paulweiss.com

*Attorney for Plaintiff Jarrod Taylor*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 1, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ David K. Kessler*

David K. Kessler