IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| Alabama Nitrogen Hypoxia Protocol | ) | CASE NO. 2:24-cv-111-ECM |
| Litigation[1] | ) | |

**O R D E R**

Before the Court is a proposed stipulated order regarding Plaintiff Jarrod Taylor's ("Taylor") first amended complaint (doc. 126), which the Court construes as containing a motion for leave to file an amended complaint. Upon consideration of the motion and the parties' stipulation, and for good cause, it is

ORDERED that Taylor's motion for leave (doc. 126) is GRANTED. It is further

ORDERED that the Defendants shall respond to Taylor's first amended complaint **on or before May 18, 2026**. *See* FED. R. CIV. P. 15(a)(3).

DONE this 4th day of May, 2026.

/s/ Emily C. Marks
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Greg Lovelace, Commissioner of the Alabama Department of Corrections, has automatically been substituted as a defendant for John Q. Hamm, the former Commissioner. The Clerk of the Court is DIRECTED to update the docket accordingly.