IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| Alabama Nitrogen Hypoxia Protocol | ) | CASE NO. 2:24-cv-111-ECM |
| Litigation | ) | |

## O R D E R

Now pending before the Court are unopposed motions for leave to amend filed by Plaintiffs Kim Van Pelt ("Van Pelt") (doc. 129), Rick Belisle ("Belisle") (doc. 130), and Jimmy Brooks Jr. ("Brooks") (doc. 131). Upon consideration of the motions, and for good cause, it is

ORDERED that the motions for leave (docs. 129, 130, 131) are GRANTED. Van Pelt, Belisle, and Brooks each shall file his respective first amended complaint as a separate docket entry **on or before May 6, 2026**. It is further

ORDERED that the Defendants shall respond to the amended complaints **on or before May 18, 2026**. *See* FED. R. CIV. P. 15(a)(3).

DONE this 4th day of May, 2026.

_____/s/ Emily C. Marks_____
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE