**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

|  |  |
|---|---|
| IN RE:<br><br>ALABAMA NITROGEN HYPOXIA<br>PROTOCOL LITIGATION | Case No. 2:24-cv-00111-ECM<br><br>**CAPITAL CASE** |

## MOTION TO WITHDRAW

I, Matthew D. Kaminer, respectfully move this Court to be permitted to withdraw as counsel for Plaintiff Jarrod Taylor because I am leaving the employ of Paul, Weiss, Rifkind, Wharton & Garrison LLP. Attorneys Andrew J. Ehrlich, David K. Kessler, Justin D. Lerer, and Kyle T. Sieber of Paul, Weiss, Rifkind, Wharton & Garrison LLP will remain counsel of record for Mr. Taylor in this proceeding.

Plaintiff asks that the Court direct the Clerk of Court to make such changes to the docket and to the electronic notification system to reflect this withdrawal.

A proposed order is attached for the Court's consideration.

Dated: May 13, 2026

Respectfully submitted,

*/s/ Matthew D. Kaminer*
Matthew D. Kaminer

**Paul, Weiss, Rifkind, Wharton & Garrison LLP**

Andrew J. Ehrlich (NY Bar No. 4103909)
(*pro hac vice*)
David K. Kessler (NY Bar No. 4761938)
(*pro hac vice*)
Justin D. Lerer (NY Bar No. 4182812)
(*pro hac vice*)
Kyle T. Sieber (NY Bar No. 5755798)
(*pro hac vice*)

2

Matthew D. Kaminer (NY Bar No. 5997325)
(*pro hac vice*)
1285 Avenue of the Americas,
New York, NY 10019
(212) 373-3000
aehrlich@paulweiss.com
dkessler@paulweiss.com
jlerer@paulweiss.com
ksieber@paulweiss.com
mkaminer@paulweiss.com

*Attorneys for Plaintiff Jarrod Taylor*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on May 13, 2026, I electronically filed the foregoing MOTION TO WITHDRAW with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ Matthew D. Kaminer*

Matthew D. Kaminer

*Attorney for Plaintiff Jarrod Taylor*
