**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| IN RE:<br><br>ALABAMA NITROGEN HYPOXIA<br>PROTOCOL LITIGATION | Case No. 2:24-cv-00111-ECM<br><br>**CAPITAL CASE** |

## <u>[PROPOSED] ORDER GRANTING WITHDRAWAL AS COUNSEL</u>

IT IS HEREBY ORDERED that Matthew D. Kaminer is permitted to withdraw as counsel for Plaintiff Jarrod Taylor.  The Clerk of the Court shall remove Matthew D. Kaminer as counsel of record for Plaintiff.  Other counsel of record shall remain as currently listed.

SO ORDERED, this the _____ day of _____, 2026.

_____

United States District Judge