**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

|  |  |
|---|---|
| IN RE:<br>ALABAMA NITROGEN HYPOXIA<br>PROTOCOL LITIGATION | Case No. 2:24-cv-00111-ECM<br><br>**CAPITAL CASE** |

## NOTICE OF CHANGE OF CONTACT INFORMATION AND FIRM AFFILIATION

PLEASE TAKE NOTICE that Andrew J. Ehrlich, counsel for Plaintiff Jarrod Taylor, hereby notifies the Court and all parties of the change of his contact information.  Mr. Ehrlich remains counsel for Mr. Taylor, but is no longer affiliated with Paul, Weiss, Rifkind, Wharton & Garrison LLP as of May 31, 2026.  The new address, telephone number, and email are as follows:

> **Brief Ehrlich, P.C.**
> 355 Riverside Drive, 5W
> New York, NY 10025
> Tel:  (917) 405-7928
> Email: ajehrlich@gmail.com

Dated:  June 1, 2026

/s/ Andrew J. Ehrlich

**Brief Ehrlich, P.C.**
Andrew J. Ehrlich (*pro hac vice*)
355 Riverside Drive, 5W
New York, NY 10025
Tel: (917) 405-7928
Email: ajehrlich@gmail.com

*Counsel for Appellant Jarrod Taylor*

1

2

## **CERTIFICATE OF SERVICE**

I, Andrew J. Ehrlich, hereby certify that on June 1, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to counsel of record.

/s/ *Andrew J. Ehrlich*

Andrew J. Ehrlich