**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| IN RE:<br>ALABAMA NITROGEN HYPOXIA<br>PROTOCOL LITIGATION | Case No. 2:24-cv-00111-ECM<br><br>**CAPITAL CASE** |

## <u>PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL</u>

Plaintiffs respectfully move this Court to grant leave to file under seal certain portions of Plaintiffs' Motion to Compel the Collection and Preservation of Evidence from the Execution of Jeffery Lee and the supporting Declaration of Dr. Mark J.S. Heath, M.D.  In support thereof, Plaintiffs state as follows:

1. Pursuant to the Protective Order in this action, ECF No. 112, material designated Confidential or Highly Confidential shall be redacted and filed publicly, and an unredacted copy shall be filed under seal contemporaneously with the publicly filed, redacted copy.

2. Portions of Plaintiffs' Motion and the supporting Declaration of Dr. Heath reflect information designated as Confidential or Highly Confidential by Defendants because of its purported sensitive nature.

3. Therefore, Plaintiffs respectfully request leave to file under seal the above-referenced material and to file redacted copies of the Motion and the Declaration on the public docket.

4. A proposed order is attached hereto.

1

Dated: June 1, 2026

Respectfully submitted,

*/s/ David K. Kessler*

David K. Kessler (*pro hac vice*)
Justin D. Lerer (*pro hac vice*)
Kyle T. Sieber (*pro hac vice*)

**Paul, Weiss, Rifkind,
Wharton & Garrison LLP**
1285 Avenue of the Americas,
New York, NY 10019
(212) 373-3000
dkessler@paulweiss.com
jlerer@paulweiss.com
ksieber@paulweiss.com

Andrew J. Ehrlich (*pro hac vice*)

**Brief Ehrlich, P.C.**
355 Riverside Drive, 5W
New York, NY 10025
(917) 405-7928
ajehrlich@gmail.com

*Attorneys for Plaintiff Jarrod Taylor*


*/s/ Bernard E. Harcourt*

Bernard E. Harcourt (ASB-4316-A31B)

**Columbia Law School**
435 West 116th Street
New York, New York 10027
Telephone: (212) 854-1997
Fax: (212) 854-7946
Email: beh2139@columbia.edu

*Attorney for Plaintiff David Wilson*

2

*/s/ Samuel R. Diamant*

J. Andrew Pratt (ASB-3507-J)
Joshua Toll (*pro hac vice*)
Kathryn Lehman (*pro hac vice*)
Samuel R. Diamant (*pro hac vice*)

**King & Spalding LLP**
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
(404) 572-4600
apratt@kslaw.com
jtoll@kslaw.com
klehman@kslaw.com
sdiamant@kslaw.com

*Attorneys for Plaintiff Mark Jenkins*


*/s/ Paige H. Sharpe*

Angelique A. Ciliberti (ASB: 1504T44C)
Paige H. Sharpe (*pro hac vice*)
Anna K. Thompson (*pro hac vice*)
Kevin A. Cline (*pro hac vice*)

**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Ave. NW
Washington, DC 20001
(202) 942-5000
angelique.ciliberti@arnoldporter.com
paige.sharpe@arnoldporter.com
anna.thompson@arnoldporter.com
kevin.cline@arnoldporter.com

*Attorneys for Plaintiffs Kim Van Pelt,
Rick Belisle, Jimmy Brooks, Jr., Larry
George, and Marcus Williams*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2026, I electronically filed the foregoing with the Clerk of

the Court using CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ David K. Kessler*

David K. Kessler

4