**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| IN RE:<br><br>ALABAMA NITROGEN HYPOXIA<br>PROTOCOL LITIGATION | Case No. 2:24-cv-00111-ECM<br><br>**CAPITAL CASE** |

### [PROPOSED] ORDER

Now pending before the Court is Plaintiffs' Motion for Leave to File Under Seal certain portions of Plaintiffs' Motion to Compel the Collection and Preservation of Evidence from the Execution of Jeffery Lee and the supporting Declaration of Dr. Mark J.S. Heath, M.D.  Plaintiffs advise that the subject redacted material should be filed under seal due to its designation as Confidential or Highly Confidential and the sensitive information contained therein.

Upon consideration of the motion, and for good cause, it is ORDERED that Plaintiffs' Motion for Leave to File Under Seal is GRANTED, and the redacted portions of Plaintiffs' Motion to Compel and the supporting Declaration of Dr. Heath SHALL BE SEALED.

DONE this ___ day of June, 2026.

_____
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE