# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: <br> ALABAMA NITROGEN HYPOXIA <br> PROTOCOL LITIGATION | CASE NO. 2:24-cv-00111-ECM <br><br> CAPITAL CASES |

## **Declaration of Margaret L. Campbell, PhD, RN**

I, Margaret L. Campbell, declare as follows:

1.      My name is Margaret L. Campbell, PhD, RN. I am a professor emeritus of nursing at Wayne State University in Detroit, Michigan. As described in further detail below, I developed a research validated objective scale by which to determine whether or not an individual is experiencing respiratory distress called the Respiratory Distress Observation Scale (RDOS$^{©}$).

2.      I understand that this matter concerns a challenge to the method of execution by nitrogen hypoxia. I further understand that anecdotal reports of respiratory distress during nitrogen hypoxia executions have been made by witnesses to the nitrogen hypoxia executions that have occurred to date.

3.      For the reasons stated below, objective confirmation of the presence or absence of respiratory distress, including the duration and intensity of any distress, is possible using RDOS through examination of a video that includes the individual's entire body along with calibrated devices that are available in this execution (pulse

1

oximeter and electrocardiogram).

4.     **Background**: I earned an RN diploma in 1974. For the following 8 years, I worked as a critical care staff nurse with expertise in patients with life-threatening illnesses, many of whom had breathing failure requiring the use of mechanical ventilation. This gave me expertise in detecting respiratory distress.

5.     By 1986, I earned a master's degree in nursing and subsequently took a palliative care nurse practitioner position at an urban tertiary medical center. I was one of the first nurse practitioners in the earliest hospital based palliative care service in the country. In that role, I identified gaps in the evidence about non-hospice care of patients at risk of dying and began bridging those gaps with clinical research. More details are included in my CV attached as **Exhibit A**.

6.     I had prescriptive privileges and most of the referred patients were critically ill and ventilator dependent. My skills in detecting respiratory distress escalated, including for patients who could not speak due to ventilator dependency and/or other critical illness.  I noticed, however, that many of the staff nurses I worked with did not have similar skills in the assessment of respiratory distress. This led me to develop the Respiratory Distress Observation Scale (RDOS©) as an objective tool replacing the subjectivity of nursing assessment.

7.     Dyspnea is a symptom of difficulty breathing that can only be described by the person experiencing it.  Respiratory distress is the observed signs of dyspnea,

2

such as rapid breathing, rapid heart rate, use of accessory chest and abdominal muscles, restlessness, nasal flaring, and a fearful facial display that is different from the grimacing (ouch) face of a person with pain. Puntillo, et al. identified that dyspnea was the worst symptom of ten symptoms identified in a sample of critically ill patients. (Puntillo, et al. (2010) Symptoms experienced by intensive care patients at risk of dying.  Critical Care Medicine, 38(11), 2155-2160). An asphyxial threat is one or more of reduced oxygen, elevated carbon dioxide, and inspiratory effort.

8.    **<u>RDOS Development</u>**: While engaging in PhD study, I completed early steps in RDOS development.  For my dissertation, I had a sample of critically ill patients who were undergoing a spontaneous breathing trial to determine if they were ready to be liberated from the ventilator.  I videotaped the patient and took oximetry measurements. Those data allowed me to identify distress behaviors.

9.    With subsequent research funding, I conducted psychometric testing of the RDOS to demonstrate its reliability and validity.  Across multiple studies, the scale produced consistent results. I confirmed the scale is valid in several ways; higher scores on the scale lined up with low oxygen levels and the need for supplemental oxygen, the scale's results matched up with what patients themselves reported about their breathing difficulty. Additionally, I showed that the scale could correctly distinguish between patients who were having trouble breathing, patients experiencing acute pain, and healthy patients. Other investigators in China and Italy

have confirmed the reliability and validity with their studies to translate RDOS into their languages.

10.    **<u>Psychological response to an asphyxial threat</u>**: Multiple brain areas are activated to an asphyxial threat. When there is a threat to survival by reducing oxygen levels, for instance by breathing nitrogen gas, these brain areas are activated and behaviors are generated.

11.    The brainstem regulates breathing and will immediately produce a rapid breathing rate, activation of additional muscles in the chest and abdomen, and nasal flaring. The autonomic nervous system responds to a threat, producing an escalating heart rate. The amygdala, a portion of the emotional brain, produces fear and a characteristic facial expression. The cerebral cortex is the conscious brain and produces a symptom report of shortness of breath, if able.  Attempts to relieve the distress produce restlessness and attempts to sit up if supine.

12.    RDOS variables are aligned with the brain areas previously described.

| RDOS variables | Brain area responsible | Distress present |
|---|---|---|
| Heart rate | Brainstem | Rate >90 beats/minute |
| Respiratory rate | Brainstem | Rate >19 breaths/minute |
| Restlessness | Cerebral cortex | Non-purposeful movements |
| Paradoxical breathing | Brainstem | Use of abdominal muscles |
| Accessory muscle use | Brainstem | Rise in the clavicles |
| Grunting at end- | Brainstem | An effortful sound |

| RDOS variables | Brain area responsible | Distress present |
| --- | --- | --- |
| expiration | | |
| Nasal flaring | Brainstem | Only present with distress |
| Fearful facial expression | Amygdala | Present with fear |

13.    In my study to detect these behaviors the earliest response to an asphyxial threat was heart and respiratory rate changes. Following very soon after in descending order was accessory muscle use, restlessness, paradoxical breathing, nasal flaring, and fearful face expression.

14.    **RDOS Clinical Use**: The primary use of RDOS is for clinicians to assess patients who, for various reasons, are unable to give a symptom self-report. The scale has eight variables that are each scored from 0-2 and the points summed. Total score ranges 0-16. I established intensity cut points such that 0-2 indicates no distress, 3 is mild, 4-6 is moderate, and 7 or higher represents severe distress.

15.    RDOS can be used with adult persons across care sites including hospitals and critical care units, long-term care facilities, home care, and hospice settings.  The RDOS is found in **Exhibit B**. I also developed a lay-person version of the RDOS which is scored similarly (**Exhibit C**).

16.    RDOS has been in clinical use in North America in more than 200 sites including hospitals, long-term care facilities, and hospices. RDOS has been translated into nine languages and is used in eleven countries besides North America.

**RDOS can be evaluated using a video of execution by nitrogen hypoxia**

17.     RDOS can be used in-person while observing an individual within ten feet to score his or her level of respiratory distress.

18.     I would be able to score the individual using RDOS by viewing a video of the execution by nitrogen hypoxia, framed face to feet.

19.     Most of the RDOS factors described herein (with the exception of heart rate, which requires a heart rate monitoring device as described in paragraph 20) may be scored based on a video framed face to feet.

20.     Pulse oximetry would enable heart rate measurement and the presence of hypoxemia. Continuous EKG monitoring would also enable heart rate measurement.

21.     Remote interpretation of the data requires calibration of the timing at the outset of nitrogen gas inhalation, across video, oximeter, and EKG.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_mCpbell_

_____
Margaret L. Campbell, PhD, RN.

June 1, 2026

6

# Exhibit A

# Curriculum Vitae

Campbell, Margaret L.

Home Address: 8162 E. Jefferson, Ave., #2A Detroit, MI 48214
Cell Phone: 313-801-0398
Email: m.campbell@wayne.edu

Department/College: College of Nursing
Present Rank: Professor Emeritus
Date of Rank:  11/23/2022

**Wayne State University APPOINTMENT HISTORY:**
Year Appointed Rank:  2006/ Adjunct Assistant Professor - Research
Year Appointed to Associate Professor- Research: 2012
Year Promoted to Full Professor: 2014
Year Awarded Professor Emeritus: 2022

Citizen of: USA

## EDUCATION

1974  Diploma, Nursing, Henry Ford Hospital, Detroit, MI

1982  Bachelor of Science in Nursing, Wayne State University, Detroit, MI

1986  Master of Science in Nursing, Wayne State University, Detroit, MI

2006  Doctor of Philosophy in Nursing, University of Michigan, Ann Arbor, MI

## Licensure and Certification

| | |
|---|---|
| 1974-2023 | Registered Nurse #4704106856, MI |
| 1993- 2013 | Nurse Practitioner #4704106856 |
| 1987-2015 | APRN-BC Medical Surgical Clinical Nurse Specialist, American Nurses"" Certification Corporation Certified |
| 2003-2012 | APRN-BC PCM Advanced Practice Nurse – Palliative Care Management, American Nurses' Certification Corporation/National Hospice and Palliative Nurses Board Certification Corporation |
| 1980-1994 | CCRN American Association of Critical Care Nurses |

## FACULTY APPOINTMENTS AT OTHER INSTITUTIONS

1987 - 1988    Faculty, Comprehensive Health Education Systems, Mt. Clemens, MI

## EMPLOYMENT

1974-1982    Various critical care staff nurse positions, Detroit, MI

1982-1986    Critical Care Nurse Educator, Bon Secours Hospital, Grosse Pointe, MI

1987 – 2010    Palliative Care Nurse Practitioner, Detroit Receiving Hospital, Detroit, MI

2006 – 2012    Adjunct Assistant Professor, Research, Wayne State University, College of Nursing, Detroit, MI

2010 – 2012    Director, Nursing Research, Detroit Receiving Hospital, Detroit, MI

2012 – 2014    Associate Professor, Research, Wayne State University, College of Nursing, Detroit, MI

2014 – 2022    Professor, Research, Wayne State University, College of Nursing, Detroit, MI

## PROFESSIONAL SOCIETY MEMBERSHIP(S)

2012 – 2014    RN-AIM

2007 - 2012    American Nurses Association

    2005 - 2007    Guam Nurses Association

    2000 - 2002    Chairperson, Center for Ethics and Human Rights, ANA

2007 - 2015    American Thoracic Society

    2014 – 2015    Chairperson, Nursing Assembly Program Planning Committee

    2013 – 2014    Chairperson-elect, Nursing Assembly Program Planning Committee

    2009 - 2015    Nursing Assembly Program Planning Committee

2005 - 2008    American Academy of Hospice and Palliative Medicine

2001 - Pres.    Hospice and Palliative Nurses Association

    2015 – 2017    Chairperson, Dyspnea Clinical Guidelines Task Force

    2009 - 2010    President

    2008 - 2009    President-Elect

    2007 - 2010    Board of Directors

1996 - 2001        American Society for Bioethics and Humanities, Formerly
                   Society for Health and Human Values

1993 - 2011        Medical Ethics Resource Network of Michigan

     1998 - 1999   President

     1996 - 1998   Vice-President

     1995 -1996    Secretary

1993 - 2000        Hastings Center

1993 - 1994        Member Michigan Commission on Death and Dying
                   representing the Michigan Nurses Association

1990 - 1994        National Hospice Organization

1989 - 2005        Michigan Nurses Association (MNA)

     1996 - 1998   President, Detroit District

     1996 -1997    Director of Practice, Detroit District

     1995 - 1997   Human Rights/Ethics Committee, MNA

     1992 - 1994   Chairperson, Human Rights/Ethics Committee, MNA

     1991 - 1993   Cabinet on Nursing Practice, MNA

     1990 - 1993   Director of Practice, Detroit District

1988 - 2005        Sigma Theta Tau Lambda Chapter

1977 - 2023        American Association of Critical Care Nurses (AACN)

     2005 - 2006   Member, Ethics Workgroup

     1980 - 1999   Southeast MI Chapter

           1992 - 1993   Chairperson Seminar Committee

           1991 - 1992   Chairperson, Membership Committee

           1990 - 1992   Research Grant Review Committee

           1989 - 1990   President

           1988 - 1989   Chairperson, Seminar Committee

           1986 - 1987   Chairperson, CCRN certification committee

## HONORS/AWARDS

2024        Vanguard Award, Hospice and Palliative Nurses Association

2019        Distinguished Contributions Award, Midwest Nursing Research
            Society

2018        Distinguished Nurse Researcher, American Association of
            Critical-Care Nurses

2018        Distinguished Nurse Researcher, Hospice and Palliative Nurses
            Association

| | |
|---|---|
| 2017 | Distinguished Researcher Award, Midwest Nursing Research Society-Pain and Symptom Management Research Interest Group |
| 2013 | Nursing Leadership, Project on Death in America-Hospice and Palliative Nursing Foundation |
| 2012 | Flame of Excellence, American Association of Critical-Care Nurses |
| 2011 | Fellow in Palliative Care Nursing (FPCN) by the Hospice and Palliative Nurses Association |
| 2011 | Nightingale award for Research/Education by Oakland University |
| 2008 | Lifetime Achievement Palliative Care Nursing by the MD Anderson Cancer Center |
| 2006 | Outstanding Dissertation Award from the End of Life and Palliative Care Nursing Research Section of the Midwest Nursing Research Society |
| 2005 | Munuswamy Dayanandan Humanitarian Award from the Department of Emergency Medicine Detroit Receiving Hospital and Wayne State University |
| 2000 | Carol E. Franck Nursing Leadership Award from the Michigan Nurses Association and Michigan State University. |
| 1999 | Alumni Recognition Honor for Clinical Practice awarded by the Wayne State University, College of Nursing |
| 1999 | FAAN, American Academy of Nursing |
| 1998 | Outstanding Nurse in Advanced Practice awarded by the Michigan Nurses Association |
| 1997 | Outstanding Advanced Practice Nurse awarded by the American Association of Critical Care Nurses |
| 1996 | Excellence in Nursing Practice awarded by Sigma Theta Tau Lambda Chapter |

## TEACHING

**A. Years at Wayne State**

| | |
|---|---|
| 2014 – 2022 | Professor – Research, Guest Lecturer |
| 2012 – 2014 | Associate Professor – Research, Guest Lecturer |
| 2006 - 2012 | Adjunct - Assistant Professor - Research |
| 1986 - 2006 | Adjunct - Preceptor/Guest Lecturer |

**C. Courses Taught at Wayne State in Last Five Years**
**1. Undergraduate**

| | |
|---|---|
| 2012 - 2013 | NUR 4120 Guest lecture |

2012 - 2013      NUR 3020 Guest lecture
2013             STaR student mentoring
2013 – 2014      NUR 4120 Guest lecture
2013 – 2014      NUR 3020 Guest lecture
2014             Cultural diversity at the end of life, guest lecture
2015             NUR 3020 Guest lecture
2016             NUR 3020 Guest lecture

## 2. Graduate

2012 - 2013      NUR 8990: Independent directed study (Babaiesl)
2013 - 2014      NUR 8010 Guest lecture
2013 – 2014      NUR 8990: Independent directed study (Dimino)
2016             NUR 8990: Independent directed study (Joshwa)
2019             NUR 8990: Independent directed study (Obarzanek)
2019-2020        NUR 8990 PhD student pilot study (Obarzanek)

## D. Essays/Theses/Dissertations Directed

2013 - 2014      DNP Clinical Inquiry Project – committee member (Edmonds)
2015 – 2016      PhD Dissertation – committee member (Petroulias)
2017-2018        DNP Clinical Inquiry Project – chairperson (Reaume)
2017-2018        DNP Clinical Inquiry Project – committee member (Kennedy)
2017-2019        PhD Dissertation – chairperson (Joshwa)
2017-2019        DNP Clinical Inquiry Project – chairperson (Ellenberg)
2017-2018        PhD Dissertation – chairperson (Sobecki-Ryniak)
2017-2018        DNP Capstone Project – reader (Magolan)
2018-2020        DNP Capstone Project – co-chairperson (Aguilar – RWJ University)
2017-2021        PhD Advisor (Moubaraki)
2018-2020        DNP Capstone Project – chairperson (Riehl)
2018-2020        DNP Capstone Project – chairperson (Asmar)
2017-2020        PhD Advisor (Obarzanek)
2019-2021        PhD Advisor (Hafezinia)
2019-2021        PhD Dissertation chairperson (Moubaraki)
2019-2020        DNP Clinical Inquiry Project – chairperson (Ngwa)
2019-2021        DNP Clinical Inquiry Project – chairperson (O'Callaghan)
2019-2021        DNP Clinical Inquiry Project – chairperson (Bazzi)
2020-2022        PhD Advisor (Wonderly)

2020-2021    PhD Advisor (Glenn)
2020-2022    PhD Dissertation -chairperson (Obarzanek)


## RESEARCH

### Funded Research

2018-2019    **Campbell, M. PI** with Moubaraki, A. Critical care nurses' perceptions, knowledge and confidence about their role in terminal ventilator withdrawal. Funding agency: WSU College of Nursing Jacox Award.  Award amount:  $5000.

2016-2022    **Campbell, M. PI** with Yarandi, H. and Kavanaugh K. An algorithmic approach to ventilator withdrawal at the end of life. Funding agency: NIH/NINR. Award number: R01NR015768. Award amount: $2,367,285.

2015-2016    **Campbell, M. Co-PI** with Strandmark, J. and Yarandi, H. Prevalence and trajectory of dyspnea or respiratory distress among patients at the end of life. Funding agency: Blue Cross Blue Shield of MI Foundation. Award Amount: $10,000.

2015-2016    **Campbell, M. PI**. Feasibility testing of a hospice family-caregiver intervention to improve patient dyspnea care. Funding agency: WSU CON Faculty Seed Grant. Award Amount: $4,985.

2014-2015    **Campbell, M. PI** with Yarandi, H., Wheeler, J., and Walch, J. Co-Is. Intensity cut-points substantiation of the RDOS. Funding agency: DMC Faculty Scholar Grant. Award Amount: $12,000.

2013 - 2014    **Campbell, M. PI** with Chuang, C.,Pieper, B., Vallerand, A., and Yarandi, H. Co-Is. Topical morphine to control pain for malignant cutaneous wounds: pilot testing. Funding Agency: College of Nursing, Ada Jacox Pain and Symptom Management Award. Award Amount: $5,000.00.

2016 – 2017    **Campbell, M. PI** with Yarandi, H. Feasibility testing of a hospice family caregiver intervention to improve patient dyspnea care. Funding agency: WSU Office of the Vice President Research. Award amount: $35,000.

2013 - 2014    **Campbell, M. PI** with Yarandi, H. Co-I. A two-group trial of a terminal ventilator withdrawal algorithm: Pilot testing. Funding Agency: American Association of Critical-Care Nurses. Award Amount: $20,955.00.

2012 - 2014    **Campbell, M. PI** with Thomas Templin Co-I. Rater and Intensity Psychometrics of the Respiratory Distress Observation Scale

Funding Agency: NIH/NINR. Award No.: NR012820. Award Amount: $150,000.00.

2012 - 2013    **Campbell, M. PI** with Hossein Yarandi Co-I. Is death rattle a phenomenon that requires medical treatment? Funding Agency: Blue Cross Blue Shield of Michigan Foundation. Award No.: 1812.II. Award Amount: $73,000.00.

2009 - 2011    **Campbell, M. PI** with Hossein Yarandi Co-I. The benefit of routine oxygen administration to terminally ill patients who are near death." Funding Agency: Blue Cross Blue Shield of Michigan Foundation. Award No.: 1552.II. Award Amount: $73,784.00.

2002-2004    **Campbell, M. PI.** Psychometric testing of a Respiratory Distress Observation Scale. Funding Agency: American Association of Critical-Care Nurses. Award Amount: $50,000.

## PUBLICATIONS

### A. Scholarly Books Published

1. **Campbell, M.L.** (2013) Nurse to Nurse: Perawatan Paliatif. New York: McGraw Hill Publishing [Indonesian]
2. **Campbell, M.L.** (2009) Nurse to Nurse: Cuidados Paliativos em Enfermagem. New York: McGraw Hill Publishing [Portuguese]
3. **Campbell, M.L.** (2009) Nurse to Nurse: Palliative Care. New York: McGraw Hill Publishing.
4. **Campbell M.L.** (2006) Pulmonary. In P. Coyne (editor) Compendium of Treatment of End Stage Non-Cancer Diagnoses, Dubuque, Iowa, Kendall/Hunt Publishing Company.
5. **Campbell, M.L.** (1998) Foregoing Life-Sustaining Therapy: How to Care for the Patient who is Near Death. Aliso Viejo, CA: American Association of Critical Care Nurses.

### B. Chapters Published

1. **Campbell, M.L.** (2020). Dyspnea. In: Dahlin,C., Moreines, L.T., and Root, M.C. (eds.) Core curriculum for the hospice and palliative care APRN. 3rd edition, Carnegie, PA; 569-574.
2. **Campbell, M.L.** (2018). Withdrawal of invasive mechanical ventilation. B. Ferrell and J. Paice (eds). Oxford Textbook of Palliative Nursing, 4th edition, New York.
3. **Campbell M.L.** (2018) Ventilator Withdrawal at the End of Life. In: Esquinas A., Pravinkumar S., SOUBANI A. (eds) Mechanical Ventilation in Critically Ill Cancer Patients. Springer, Cham

Page 7

4. **Campbell, M.L.** (2017) Critical care units and the emergency department. In P.J. Coyne, B. Barton, and K. Plakovic (editors) Conversations in Palliative Care, 4th edition, HPNA publisher, 315-322.
5. **Campbell, M.L.** and Stellini, M.A. (2015) Dyspnea: Management in seriously ill hospitalized patients. In S. Pantilat, W. Anderson, M. Gonzales, and E. Widera (editors) Hospital-based palliative medicine: A practical, evidence-based approach. Ames, IA: Wiley Blackwell Publishers, 37-48.
6. **Campbell, M.L.** (2012) Dyspnea and advanced COPD. In ML Campbell, Case Studies in Palliative and End of Life Care. Ames, IA: Wiley Blackwell Publishers, 110-116. [Clinical]
7. **Campbell, M.L.** (2012) Pain and advanced heart failure. In ML Campbell (ed.) Case studies in Palliative and End of Life Care. Ames, IA: Wiley Blackwell Publishers, 117-127. [Clinical]
8. **Campbell, M.L.** (2012) Treating dyspnea during ventilator withdrawal. In ML Campbell: Case Studies in Palliative and End of Life Care. Ames, IA: Wiley Blackwell Publishers,128-137. [Clinical]
9. **Campbell M.L.** (2006) Palliative care in the critical care unit. In SB Stillwell, Mosby's Critical Care Nursing Reference, 4th edition, 619-627.
10. **Campbell M.L.** (2006) Palliative care in the ICU. In JT Panke and P Coyne (editors), Conversations in Palliative Care, 2nd edition, 201-206.
11. **Campbell, M.L.** (2003) Do Not Resuscitate Orders. In JA Kruse, MP Fink, and RW Carlson (eds.) Saunders Manual of Critical Care. Philadelphia: Saunders, 739-741.
12. **Campbell, M.L.** (2002) Patient #13. In JE Heffner and IR Byock (eds.) Palliative and End-of-Life Pearls. Philadelphia: Hanley & Belfus, Inc., 41-43.

## 2. Co-Authored

1. Chan, G.K., **Campbell M.L.**, and Zalenski R**.** (2010) The Emergency Department. In BR Ferrell and N Coyle (editors). Oxford Textbook of Palliative Nursing, 3rd edition, pp. 949-958. [Clinical] [Other]
2. **Campbell, M.L.,** Gorman L.M., Kalowes, P (2010) Withdrawal of life-sustaining therapies: Mechanical ventilation, dialysis, and cardiac devices. In BR Ferrell and N. Coyle (editors) Oxford Textbook of Palliative Nursing, 3rd edition, pp. 567-578. [Clinical] [Other]
3. **Campbell, M.L.,** Zalenski, R**.** (2005) The Emergency Department. In BR Ferrell and N. Coyle, Textbook of Palliative Nursing, 2nd edition, 861-869.
4. **Campbell, M.L**. and Curtis, J.R**.** (2004) End of Life Care. Critical Care Clinics, 20(3).

## C. Editorships of Books/Proceedings

**Campbell, M.L. (editor)** (2023). What do I do now: Respiratory Symptoms. Oxford University Press.

Page 8

**Campbell, M.L. (Series editor)** (2019-present). What do I do now: Palliative Care. Oxford University Press.

**Campbell, M.L. (editor)** (2012) Case Studies in Palliative and End-of-Life Care. Ames, IA: Wiley Blackwell.

### D. Journal Articles Published

**1. Refereed Journals** (* data based, # with student)

1. *Allende-Perez, S., **Campbell, M**., Saldivar-Ruiz, A.L. et al. (2026) Assessment of respiratory distress using the Respiratory Distress Observation Scale: Exploratory analysis of it's relationship with functional status in patients with cancer receiving palliative care. Journal of Palliative Medicine.
2. *Joshwa, B., Zimmerman, R., Yarandi, H.N., Malek, M.M., and **Campbell, M.L.** (2025) Psychometric properties of Patient-reported Outcomes Measurement System (PROMIS) Computer Adaptive Test (CAT)-Fatigue in individuals receiving chronic hemodialysis treatment: A secondary analysis. Nephrology Nursing Journal, 52(1): 53.
3. *Fehnel, CR, Cooper, Z., **Campbell M**., et al. (2025) Withdrawal of mechanical ventilation in the ICU: A prospective, observational study. Chest Critical Care, 3(4): 1-11.
4. ***Campbell, M.L**. and Yarandi, H.N. (2024). Effectiveness of an algorithmic approach to ventilator withdrawal at the end of life: A stepped wedge cluster randomized trial. Journal of Palliative Medicine, 27 (2): 185-191.
5. *Bryan, A.F., Reich, A.J., Norton, A.C., **Campbell, M.L**., Schwartzstein, R.M., Cooper, Z., White, D.B., Mitchell, S.M., and Fehnel, C.R. (2024). Process of withdrawal of mechanical ventilation at the end of life in the ICU: Clinician perspectives.  Chest Critical Care, 2:.
6. Van Esch, H.J., **Campbell, M.L.**, Mori, M., Yamaguchi, T. (2023). Should (prophylactic) medications be used for the management of death rattle? Journal of Pain and Symptom Management: 66(4): e513-e517.
7. *Mazzu, M., **Campbell, M**., Schwartzstein, R., White, D.B., Mitchell, S.L., and Fehnel, R.R. (2023). Evidence guiding withdrawal of mechanical ventilation at the end of life:  A review. Journal of Pain and Symptom Management:66)3):e399-e426.
8. *Joshwa, B., Templin, T., and **Campbell, M.L.** (2023). Psychometric properties of the Piper Fatigue Scale-12. Journal of Nursing Measurement.
9. *Tinti, S., Destrebecq, A., Terzoni, S., De Maria, B., Falcone, G., Da, D., Pairona, G., Longhi, C., Giudici, E. Pidone, I.M., Alberti, A., Sofia, M., Ramponi, I. and **Campbell, M.L**. (2021) Respiratory Distress Observation Scale Italian Version: Cultural linguistic validation and psychometric properties. Journal of Hospice and Palliative Nursing; 23: 187-194.

Page 9

10. Hui, D., Bohlke, K., Bao, T., Campbell, T.C., Coyne, P.J., Currow, D.C., Gupta, A., Leiser, L.A., Mori, M., Nava, S., Reinke, L., Roeland, E. J., Seigel, C., Walsh, D., **Campbell, M.L.** (2021) Management of dyspnea in advanced cancer:  ASCO Guideline. Journal of Clinical Oncology; 39:1389-1411.

11. **Campbell, M.L**., Donesky, D., Sarkozy, E., and Reinke, L. (2021) Treatment of dyspnea in advanced disease and at the end of life. Journal of Hospice and Palliative Nursing; 23:406-420.

12. #Obarzanek, L., **Campbell, M.L.** (2021). Response to: "Pain management during the withholding and withdrawal of life support in critically ill patients at the end-of-life: a systematic review and meta-analysis". Intensive Care Medicine.

13. *Chang Y-C, **Campbell ML**, Yen W-J, Yang C-C, Chen Y-J. (2020). Cross-cultural adaptation and psychometric testing of a Chinese version of Respiratory Distress Observation Scale. Heart & Lung; 50:166-172

14. *Fehnel CR, Armengol MA, Celi LA, **Campbell M**, Hanafy K, Nozari A, White DB, Mitchell SL.  (2020) Incidence and risk model development for severe tachypnea following terminal extubation. Chest, 158:1456-1463.

15. #Obarzanek, L. and **Campbell, M.L**. (2020). Response to End of Life in the Neurological Intensive Care Unit: Is extubating to comfort care comfortable. Journal of Pain and Symptom Management, 59:e1-e2.

16. *Fortney, C. and **Campbell, M.L**. (2020). Development and content validity of a Respiratory Distress Observation Scale -Infant. Journal of Palliative Medicine;23: 838-841.

17. *#Joshwa, B., Peters, R., Malek, M., Yarandi, H., and **Campbell, M.L.** (2020). Multiple dimensions and correlates of fatigue in individuals on hemodialysis. Nephrology Nursing Journal, 47:215-251.

18. **Campbell, M.L.** (2019).  Assuaging listener distress from patient death rattle. Annals of Palliative Medicine, 8 (Suppl 1):S58-60.

19. **Campbell, M.L**. (2019). Why are we publishing protocols? Journal of Palliative Medicine, 22 (S1):1.

20. Decavale, M., **Campbell, M.L**., Persichini, R., Morelot-Panzini, C., Similowski, T., Demoule, A. and Dres, M. (2018) Management of dyspnea in non-communicative patients: consider hetero-evaluation scales. Chest, 154(4): 991-992.

21. **Campbell, M.L**. (2018). Response to hyoscine butylbromide for the management of death rattle: sooner rather than later. Journal of Pain and Symptom Management; ahead of print.

22. *# **Campbell, M.L.,** Kiernan, J., Strandmark, J., and Yarandi, H.N. (2018). Trajectory of dyspnea and respiratory distress in the last month of life. Journal of Palliative Medicine; 21:194-199.

23. **Campbell, M.L.** (2018) Ensuring breathing comfort at the end of life: The integral role of the critical care nurse. Am J Critical Care, 27; 264-269.

24. **Campbell, M.L.**, Robert, R., and Reigner, J.(2018). Discussion on terminal weaning or immediate extubation for withdrawal of mechanical

ventilation in critically ill patients (the ARREVE observational study). Intensive Care Medicine, 44 (2): 275.276.

25. *Chan, Y., Wu, H., Yen, C., and **Campbell, M.L.** (2017). Psychometric evaluation of the Chinese Respiratory Distress Observation Scale on critically ill patients with cardiopulmonary diseases. The Journal of Nursing Research.

26. # Joshwa, B., and **Campbell, M.L**. (2017). Fatigue in patients with chronic kidney disease: Evidence and measures. Nephrology Nursing Journal; 44: 337-343.

27. Choi, J., **Campbell, M.L.,** Gelinas, C., Happ, M.B., Tate, J., and Chlan, L. (2017). Symptom assessment in non-vocal or cognitively impaired ICU patients: Implications for practice and research. Heart & Lung; 46:239-245.

28. *# **Campbell, M.L.,** Templin, T., and Kero, K. (2017). Mild, moderate, and severe intensity cut-points for the Respiratory Distress Observation Scale. Heart & Lung; 46:14-17.

29. ***Campbell, M.L.,** Mendez, M., and Yarandi, H.N. (2015). A two-group trial of a terminal ventilator withdrawal algorithm: pilot testing. Journal of Palliative Medicine; 18:781-785.

30. ***Campbell, M.L.,** and Templin, T.N. (2015). Intensity cutpoints for the Respiratory Distress Observation Scale (RDOS). Palliative Medicine; 29: 436-442.

31. Nelson, J.E., Mathews, K.S., Weissman, D.E., Brasel, K.J., **Campbell, M**., Curtis, J.R., Frontera, J.A., Gabriel, M., Hays, R.M. et al. (2015) Integration of palliative care in the context of rapid response: a report from the improving palliative care in the ICU advisory board.  Chest, 147: 560-569.

32. Boss, R., Nelson, J., Weissman, D., **Campbell, M**., Curtis, R., Frontera, J., Gabriel, M., Lustbader, D., Mosenthal, A., Mulkerin, C., Puntillo, K., Ray, D., Bassett, R., Brasel, K., and Hays, R. (2014). Integrating palliative care into the PICU: A report from the Improving Palliative Care in the ICU Advisory Board. Pediatric Critical Care Medicine; 15:762-767.

33. ***Campbell, M.L.,** and Templin, T.N. (2014). RDOS-Family: A guided learning tool for lay-person assessment of respiratory distress. Journal of Palliative Medicine, 17(9):982-983.

34. Kavanaugh, K.L., and **Campbell, M.L.** (2014). Conducting end-of-life research: Strategies for success. Nursing Science Quarterly, 27(1):14-19.

35. Puntillo, K., Nelson, J.E., Weissman, D., Curtis, R., Weiss, S., Frontera, J., Gabriel, M., Hays, R., Lustbader, D., Mosenthal, A., Mulkerin, C., Ray, D., Bassett, R., Boss, R., Brasel, K., **Campbell, M**. (2014) Palliative care in the ICU: Relief of pain, dyspnea, and thirst: A report from the IPAL-ICU Advisory Board. Intensive Care Medicine, 40:235-248.

36. Mularski, R.A., Reinke, L.F., Carrieri-Kohlman, V., Fischer, M.D., **Campbell, M.L.**, Rocker, G. et al. (2013) An official American Thoracic Society Workshop Report: Assessment and palliative management of dyspnea crisis.  Annals ATS, 10 (5): S98-S106.

37. Nelson, J.E., Curtis, J.R., Mulkerin, C., **Campbell, M**., Lustbader, D.R. et al., (2013) Choosing and using screening criteria for palliative care consultation in the ICU: A report from the Improving Palliative Care in the ICU (IPAL-ICU) Advisory Board. Critical Care Medicine, 41: 2318-2327.

38. **\*Campbell, M.L.,** Yarandi, H**.** (2013) Death rattle is not associated with patient respiratory distress: Is pharmacologic treatment indicated? Journal of Palliative Medicine, 16: 1255-1259.

39. **\*Campbell, M.L.,** Yarandi, H., and Dove-Medows, E. (2013) Oxygen is non-beneficial for most patients who are near death. Journal of Pain and Symptom Management, 45(3):517-523.

40. Mosenthal, A.C., Weissman, D.E., Curtis, J.R., Hays, R.M., Lustbader, D.R., Mulkerin, C., Puntillo, K.A., Ray, D.E., Bassett, R., Boss, R.D., Brasel, K.J.**, Campbell, M.L.**, Nelson, J.E**.** (2012) Integrating palliative care in the surgical and trauma intensive care unit: A report from the Improving Palliative Care in the ICU Project Advisory Board and the Center to Advance Palliative Care. Critical Care Medicine, 40:1169-1206

41. Lustbader, D.R., Nelson, J.E., Weissman, D.E., Hays, R.M., Mosenthal, A.C., Mulkerin, C., Puntillo, K.A., Ray, D.E., Bassett, R., Boss, R.D., Brasel, K.J., **Campbell, M.L.** et al**.** (2012) Physician reimbursement for critical care services integrating palliative care for critically ill patients. Chest, 41:787-792.

42. **\*Campbell, M.L.**, Dove-Medows, E., Walch, J., Sanna-Gouin, K., and Colomba, S. (2011). The impact of a multidisciplinary educational intervention to reduce PEG tube placement in patients with terminal-stage dementia: A translation of research into practice. Journal of Palliative Medicine, 14: 1017-1021.

43. Nelson, J.E., Cortez, T.B., Curtis, J.R., Lustbader, D.R., Mosentha, A.C., Mulkerin, C., Ray, D.E., Bassett, R., Boss, R.D., Brasel, K.J., **Campbell, M.L.** et al. (2011) Integrating Palliative Care in the ICU: the Nurse in a leading role. Journal of Hospice and Palliative Nursing, 13: 89-94.

44. Mahler ,D.A., Selecky, P.A., Harrod, C.G., Benditt, J.O., Carrieri-Kohlman,V., Curtis, J.R., Manning, H.L., Mularski, R.A., Varkey, B., **Campbell, M.L. et al.** (2010) American College of Chest Physicians Consensus Statement on the Management of dyspnea in patients with advanced lung or heart disease. Chest, 137:674-691

45. Nelson, J.E., Bassett, R., Boss, R.D., Brasel, K., **Campbell, M.L.**, Cortez, T.B. et al**.** (2010) Models for structuring a clinical initiative to enhance palliative care in the intensive care unit: A report from the Improve Palliative Care in the ICU Project and the Center to Advance Palliative Care. Critical Care Medicine, 38:1765-1772

46. Mularski, R.A., **Campbell, M.L** Asch, S.M., Reeve, B.B., Basch, E., Maxwell, T.L., et al. (2010) A review of quality of care evaluation for the palliation of dyspnea. American Journal of Respiratory and Critical Care Medicine, 181:534-538 [Clinical]

47. **Campbell, M.L.,** Templin, T., Walch, J. (2010) A respiratory distress observation scale for patients unable to self-report dyspnea. Journal of Palliative Medicine, 13:285-290

48. **Campbell, M.L.,** Happ, M.B., Hultman, T., Kirchhoff, K.T., et al. (2009) The HPNA Research Agenda for 2009-2012, Journal of Hospice and Palliative Nursing;11(1):10-18.

49. **Campbell, M.L.,** Templin, T., Walch, J. (2009) Patients who are near death are frequently unable to self-report dyspnea. Journal of Palliative Medicine, 12: 881-884.

50. **Campbell, M.L.** (2008) Psychometric testing of a respiratory distress observation scale. Journal of Palliative Medicine, 11:44-50 [Data Based]

51. **Campbell, M.L.** (2008) Respiratory distress: A model of responses and behaviors to an asphyxial threat for patients who are unable to self-report. Heart & Lung,37:54-60

52. Truog, R.D., **Campbell, M.L.**, Curtis, J.R., Haas, C.E. et al. (2008) Recommendations for end-of-life care in the intensive care unit: A consensus statement by the American Academy of Critical Care Medicine, Critical Care Medicine,36:953-963.

53. Ferrell, B.R., Dahlin, C., **Campbell, M.L.**, Paice, J., Malloy, P., Virani, R. (2007) End-of-life nursing education consortium (ELNEC) training program: Improving palliative care in critical care. Critical Care Nursing Quarterly, 30:206-212.

54. **Campbell, M.L.** (2007) Fear and pulmonary stress behaviors to an asphyxial threat across cognitive states. Research in Nursing and Health, 30:572-583.

55. **Campbell, M.L.** (2006) Palliative care consultants in the ICU. Critical Care Medicine, 34 (11):S355-S358.

56. DeJong, M., Burns, S.M., **Campbell, M.L.** et al (2005) Development of the American Association of Critical-Care Nurses' sedation assessment scale for critically ill patients. American Journal of Critical Care,14:531-544.

57. **Campbell, M.L.**, Guzman, J.A. (2004) A proactive approach to improve end-of-life care in a medical intensive care unit for patients with terminal dementia. Critical Care Medicine, 32:1839-1843.

58. **Campbell, M.L.**, Guzman, J.A. (2003) Impact of a proactive approach to improve end-of-life care in a medical intensive care unit. Chest, 123:266-271.

59. Westphal, C.G., **Campbell, M.L.** (2002) Nebulized morphine for terminal dyspnea: A treatment option in chronic obstructive pulmonary disease or end-stage congestive heart failure. American Journal of Nursing, 102: S11-15.

60. **Campbell, M.L.**, Thill, M. (2000) Bereavement follow-up to families after death in the intensive care unit. Critical Care Medicine, 28:1252-1253.

61. **Campbell, M.L.**, Bizek, K.S., Thill, M. (1999) Patient responses during rapid terminal weaning from mechanical ventilation: A prospective study. Critical Care Medicine, 7:73-77.

62. **Campbell, M.L**. (1998) Teaching medical ethics in critical care. New Horizons, 6:289-292.

63. **Campbell, M.L.,** Bizek, K.S., Stewart, R. (1998) Integrating technology with compassionate care: Withdrawal of ventilation in a conscious patient with apnea. American Journal of Critical Care, 7:85-89.

64. Brody, H., **Campbell, M.L**., Faber-Langendoen, K., Ogle, K.S. (1997) Withdrawing intensive life-sustaining treatment: Recommendations for compassionate clinical management. New England Journal of Medicine, 336:652-657.

65. **\*Campbell, M.L**., and Frank, R.R. (1997) Experience with an end-of-life practice at a university hospital. Critical Care Medicine, 25:197-202. [Data Based]

66. **\*Campbell, M.** and Thill, M.(1996) Impact of patient consciousness on the intensity of the DNR therapeutic plan. American Journal of Critical Care, 5:339-345.

67. **Campbell, M**. (1996) Managing terminal dyspnea: Caring for the patient who refuses intubation or ventilation. Dimensions of Critical Care Nursing, 15:4-12.

68. **Campbell, M**. (1996) Program assessment through outcomes analysis: Efficacy of a comprehensive supportive care team for end-of-life care. AACN Clinical Issues: Advanced practice in acute and critical care, 7:159-167.

69. Carlson, R.W., **Campbell, M.L**. Frank, R.R.(1996) Letter to the Editor: Re Terminal Weaning. Chest, 109:852-853.

70. Frank, R.R., **Campbell M.L.** (1996) Letter to the Editor: The SUPPORT Project and improving care to seriously ill patients. Journal of the American Medical Association, 275:1228-1229.

71. Weber, L.J., and **Campbell, M.L**.(1996) Medical futility and life-sustaining treatment decisions. Journal of Neuroscience Nursing, 28:56-60.

72. **Campbell, M**.(1995) Interpretation of an ambiguous advance directive in a crisis illness. Dimensions of Critical Care Nursing, 14:226-232.

73. **Campbell, M**., Brandel, S., Daramola, O., Postallian, M., Dorris, G., Provenzano, L. (1995) An advanced practice model: Inpatient collaborative practices. Clinical Nurse Specialist, 9:175-179.

74. **Campbell, M**., Weber, L.(1995) Commentary: Procuring organs from a non-heart-beating cadaver donor. Kennedy Institute of Ethics Journal, 5:35-42.

75. **Campbell, M.** (1994) Terminal weaning: It's not simply pulling the plug. Nursing, September, 34-40.

76. **Campbell, M**., Hoyt, J., Nelson, L. (1994) Health care ethics forum '94: Perspectives on withholding and withdrawal of life-support. AACN Clinical Issue in Critical Care Nursing, 5:353-359.

77. **\*Campbell, M.,** Thill-Baharozian, M.(1994) Impact of the DNR therapeutic plan on patient care requirements. American Journal of Critical Care, 3:202-207.

78. **Campbell, M**. (1994) Breaking bad news to patients. Journal of the American Medical Association, 271:1052.
79. **Campbell, M.L**., Bizek, K.S. (1994) Use of NIPPV in terminal respiratory insufficiency. (letter). American Journal of Critical Care, 3:250-251.
80. **Campbell, M**. (1993) Case studies in terminal weaning from mechanical ventilation. American Journal of Critical Care, 2:354-358.
81. **Campbell, M.,** Carlson, R. (1992) Terminal weaning from mechanical ventilation: Ethical and practical considerations for management. American Journal of Critical Care, 1:52-56.
82. **Campbell, M**. (1991) Terminal care of the ESRD patient foregoing life-sustaining therapy/dialysis. ANNA Journal, 18:202-204.
83. **\*Campbell, M**., Field, B.(1991) Management of the DNR patient: Compassion and cost-containment. Heart and Lung, 20:345-348. [Data Based]
84. **Campbell, M.,** Haddad, N., and West, K. (1989) Decreased circulatory return: Venous: A clinical validation study. Classification of Nursing Diagnoses: Proceedings of the Eighth Conference. St. Louis: C.V. Mosby Company.
85. **Campbell, M**., Greenberg, C. (1988) Reading PAWP at end-expiration. Focus on Critical Care, 15:60-63.
86. **Campbell, M**.(1987) Sexual dysfunction in males with COPD. Dimensions of Critical Care Nursing, 6:70-74.

## 2. Invited Review Articles

87. Obarzanek, L., and **Campbell, M.L**. (2022). Dyspnea in patients with advanced cancer: A nurse's guide to assessment and treatment. Seminars in Oncology Nursing.
88. **Campbell, M.L.** (2017). Dyspnea.  Critical Care Nursing Clinics of North America, 29:461-470.
89. **Campbell, M.L.** (2015). Caring for the dying patient in the intensive care unit: Managing pain, dyspnea, anxiety, delirium, and death rattle. AACN Advances in Critical Care Nursing; 26: 110-120.
90. Kavanaugh, K.L. and **Campbell, M.L.** (2013). Conducting end-of-life research: Strategies for success. Nursing Science Quarterly.
91. **Campbell, M.L.** (2012) Dyspnea prevalence, trajectories, and measurement in critical care and at life's end. Current Opinion in Supportive and Palliative Care, 6: 168-171
92. **Campbell, M.L,** (2011) Dyspnea. AACN Advances in Critical Care Nursing, 22:257-264 [Clinical]
93. **Campbell, M.L.** (2010) Assessing respiratory distress when the patient cannot self-report dyspnea. Nursing Clinics of North America, 45:363-373 [Clinical]
94. **Campbell, M.L.** (2008) Treating distress at the end of life: The principle of double effect. AACN Advanced Critical Care, 19: 340-344.

95. **Campbell, M.L.** (2007) How to withdraw mechanical ventilation: A systematic review of the evidence. AACN Advanced Critical Care, 2007;18:397-403.
96. **Campbell, M.L.** (2004)Terminal dyspnea and respiratory distress. Critical Care Clinics, 20:403-417.
97. **Campbell, M.L**. (2000) End of Life Care in the ICU: Current Practice and Future Hopes. Critical Care Nursing Clinics of North America, 4(2):197-200.

## G. Abstracts Published in Academic Journals

**Campbell, M.L.** and Blazoff, K. (2023) An evidence-based approach to ventilator withdrawal at the end of life. Journal of Pain and Symptom Management, 65: e247-e248.

Berry, P.H. and **Campbell, M.L.** (2023) Words matter: Words and phrases that make us cringe. Journal of Pain and Symptom Management, 65: e294-e295.

**Campbell, M.L.** and Yarandi, H.N. (2022) Effectiveness of an algorithmic approach to ventilator withdrawal at the end of life. Journal of Pain and Symptom Management, 63: 1059. [Data Based]

**Campbell, M.L.** and Yarandi, H. (2022). Effectiveness of an algorithmic approach to ventilator withdrawal at the end of life. Palliative Medicine, 36; issue 1_supplement: 69. [Data Based]

**Campbell, M.L.,** Kiernan, J., Strandmark, J., and Yarandi, H.N. (2018) Trajectory of dyspnea and respiratory distress among patients in the last month of life. Palliative Medicine, 32; Issue 1_Supplement:134. [Data Based]

**Campbell, M.L.,** Mendez, M., and Yarandi, Hossein. (2015) An algorithmic approach to terminal ventilator withdrawal: pilot testing. Journal of Pain and Symptom Management, 49:362. [Data Based]

**Campbell, M.L.,** Abernethy, A., Bruera, E., and Currow, D. (2012) Oxygen: Who needs it? Journal of Pain and Symptom Management, 43: 411-412. [Data Based]

**Campbell, M.L.,** Yarandi, H., and Dove-Medows, E. (2012) The benefit of routine oxygen administration for terminally ill patients who are near death. Journal of Pain and Symptom Management, 43:336-337. [Data Based]

Carlson, M., Lunney, J., Ersek ,M., **Campbell, M.L.**, and Boss, R. (2012) You have the money, now what? Successful strategies for moving from funding to implementation. Journal of Pain and Symptom Management, 43:359-360. [Methodological]

**Campbell, M.L.** (2008) It Ain't just pulling the plug: An evidence-based approach to ventilator withdrawal. Journal of Palliative Medicine, 11(2):302-303, 2008.

**Campbell, M.L.,** Stellini, M. (2007) Ask or tell: The limits of a shared decision-making approach when death is near and inevitable. Journal of Palliative Medicine, 10(2); 554.

**Campbell, M.L.** (2007) Increasing palliative care consultation for patients with terminal dementia. Journal of Palliative Medicine, 10(5);1022, 2007.

Schim, S.; Westphal, C., **Campbell, M.L.** (2007) Walking in another's shoes: Achieving culturally congruent care. Journal of Palliative Medicine, 10(2); 546.

**Campbell, M.L.** (2007) What is the "gold standard" for assessing respiratory distress when cognition is impaired: self-report or behavioral cues? Journal of Palliative Medicine, 10(2);541.

**Campbell, M.L.** (2005) Palliative care consultation in the ICU: What can you expect? Journal of  Palliative Medicine, 8 (1);189.

**Campbell, M.L.** (2005) Psychometric testing of a respiratory distress observation scale (RDOS). Journal of Palliative Medicine, 8(1);201.

**Campbell, M.L.,** Guzman, J.A. (2001) Proactive palliative care for patients with refractory multiple organ system failure. American Journal of Respiratory and Critical Care Medicine, 163:A897.

**Campbell, M.L.,** Guzman, J.A. (2000) Impact of a proactive approach to end-of-life care for patients with global cerebral ischemia following cardiac arrest. Critical Care Medicine, 28 (12 suppl):A58.

**Campbell, M.L.,** Guzman, (2000) J.A. Patterns of care for critically ill demented patients. Chest, 118:126S.

**K. Instructional Materials Formally Published**
**3. Other Published Materials**

**Campbell, M.L.** (2006) Symptom Management Clinical Recommendations. In J. Medina and K. Puntillo (editors), AACN Protocols for Practice – Palliative Care and End-of-Life Issues in Critical Care. Boston, Jones and Bartlett Publishers.

**L. Papers Presented**

**1. Invited and/or Refereed Internationally**

**Campbell, M.L.** (2018). Measurement of breathlessness in the Intensive Care Unit. 5th International Scientific Meeting of the Dyspnea Society, Montreal, Quebec, Canada.

**Campbell, M.L.** Templin, T. and Kero, K. (2018). Mild, moderate and severe intensity cut-points for the Respiratory Distress Observation Scale: A receiver operating characteristic curve analysis. 5th International Scientific Meeting of the Dyspnea Society, Montreal, Quebec, Canada.

**Campbell, M.L.,** Kiernan, J., Strandmark, J., and Yarandi, H.N. (2018) Trajectory of dyspnea and respiratory distress among patients in the last month of life. 5th International Scientific Meeting of the Dyspnea Society, Montreal, Quebec, Canada.

## 2. Invited and/or Refereed Nationally

**Campbell, M.L. (2020).** Keynote: Dyspnea and death rattle. Palliative Care Conference, Hong Kong, China (virtual).

**Campbell, M.L. (2020).** Trajectory from modest dissertation funding to NIH-funded RCT. Reducing dyspnea research gaps for the vulnerable patient unable to self-report. Visiting Professor, Michigan State University College of Nursing. East Lansing, MI.

**Campbell, M.L.,** Templin, T. and Kero, K. (2016). Mild, moderate and severe intensity cut-points for the Respiratory Distress Observation Scale: A receiver operating characteristic curve analysis. American Academy of Hospice and Palliative Medicine/Hospice and Palliative Nursing Association Annual Assembly, Chicago, IL.

**Campbell, M.L.** (2015) An evidence-based approach to terminal ventilator withdrawal. American Association of Critical Care Nurses National Teaching Institute, San Diego, CA.

**Campbell, M.L.**, Mendez, M. and Yarandi, H.N. (2015) An algorithmic approach to terminal ventilator withdrawal: pilot testing. American Academy of Hospice and Palliative Medicine/Hospice and Palliative Nursing Association Annual Assembly, Philadelphia, PA.

**Campbell, M.L.** and Mendez, M. (2014) An algorithmic approach to terminal ventilator withdrawal. American Thoracic Society International Conference, San Diego, CA.

**Campbell, M.L.** (2014) Dyspnea assessment when the patient cannot provide a self-report. American Thoracic Society International Conference, San Diego, CA.

**Campbell, M.L,** Yarandi, H. (2012) Oxygen is non-beneficial for most patients who are near death. Council for the Advancement of Nursing Science, Washington, D.C.

**Campbell, M.L.;** Yarandi, H., and Dove-Medows, E**.** (2012) The benefit of routine oxygen administration to terminally ill patients who are near death. AAHPM/HPNA annual assembly, Denver, CO.

**Campbell, M.L. (**2009) "Terminal dyspnea". Year in review: Nursing Assembly. American Thoracic Society annual meeting, San Diego, CA.

**Campbell, M.L.** (2006) "Psychometric testing of a respiratory distress observations scale (RDOS)". Midwest Nursing Research Society.

**Campbell, M.L.** (2003) "Impact of an inpatient palliative care service on ICU and hospital outcomes". Society of Critical Care Medicine annual meeting.

**Campbell, M.L.**(1997) Experience with an end-of-life practice in the hospital. Institute for Healthcare Improvement, National Congress on Improving ICU Outcomes. St. Louis, MO.

## M. Invited Seminars or Lectures Presented

**Campbell, M.L.** (2020). Dyspnea and death rattle. Keynote speaker. Palliative care conference. Hong Kong, China. (virtual)

**Campbell, M.L.** (2020). Trajectory from modest dissertation funding to NIH-funded RCT. Reducing dyspnea research gaps for the vulnerable patient unable to self-report. Visiting Professor, Michigan State University College of Nursing. East Lansing, MI.

**Campbell, M.L.** and Kearney, C. (2017) Palliative care in critical care – pre-conference. AAHPM/HPNA annual assembly, Phoenix, AZ.

**Campbell, M.L.** (2016) Why I am still downstream when the field is moving upstream.  Annual Fuld lecture, Emory University, Nell Hodgson Woodruff School of Nursing, Atlanta, GA.

**Campbell, M.L.** (2016) Advanced illness seminar, T32 scholars, Case Western Reserve University, Frances Payne Bolton School of Nursing, Cleveland, OH.

**Campbell, M.L.** (2016) NIPPV in end of life care; Ventilator withdrawal; Dyspnea: the role of oxygen supplementation. Palliative Medicine and Supportive Oncology 2016: 19th annual international symposium, Cleveland Clinic, Cleveland, OH.

**Campbell, M.L.** (2016). An algorithmic approach to terminal ventilator withdrawal. American Association of Critical Care Nurses, webinar.

**Campbell, M.L.** (2015). Dyspnea Assessment and Treatment at the End of Life; Interventions that Lack and Evidence Base for Treating Dyspnea, Death Rattle, and Nausea. Hospice and Palliative Nurses Association Clinical Practice Forum, Pittsburgh, PA.

**Campbell, M.L.** (2015). Which ICU patient warrants a palliative care consultation? ASCO-Palliative Care, Boston, MA.

**Campbell, M.L.** (2015) various topics related to dyspnea and terminal ventilator withdrawal. Conference. University of Pittsburgh Medical Center.

**N. Other Scholarly Work**

**Campbell, M.L.** (2016) Translational Symptom Science: The Need Is Now Journal of Palliative Medicine. May 2016, 19(5): 474-474.

**Campbell, M.L.** (2014) "It's not time": Delayed hospice enrollment. Journal of Palliative Medicine, 17:874-875. [editorial]

**Campbell, M.L.** (2013) Should we be asking for preferred place for dying care? Journal of Palliative Medicine, 16: 462. [editorial]

**Campbell, M.L.** (2012) Aesthetics, ambience, and institutional health care environments. Journal of Palliative Medicine, 15: 1052. [editorial]

**SERVICE**

**Committee Assignments**
**Department/College Committee**

| | |
|---|---|
| 2017 – Present | M1 Institutional Review Board (Medical) |
| 2017-2019 | CON PhD Committee |
| 2017-2020 | University Graduate Council |
| 2017-2018 | University Research Grant Committee |
| 2018-2019 | University Research Grant Committee |
| 2019-2022 | CON FAPT |
| 2020-2022 | CON PhD Committee (chairperson) |
| 2020-2021 | CON Urban Health Research Conference planning |

**External Service**

November 2019   NIH Dissemination and Implementation Research in Health (DIRH) study section meeting

February 2020     NIH DIRH study section meeting
November 2020    NIH Special emphasis panel meeting
December 2020    MNRS Research Grant Reviewer
December 2020    MNRS EOL and Palliative Care RIG – award reviewer
August 2021      MNRS Abstract reviewer
August 2021      AAHPM/HPNA annual assembly abstract reviewer

**Professional Consultation**

2015- 2017      Improving dyspnea assessment and treatment. Grace Hospices.

2009 – Pres.     Advisory Board, Improving Palliative Care in the ICU (IPAL-ICU).

2006 - 2008      Guidelines Panel, Management of Dyspnea in Advanced Heart Failure and Lung Disease American College of Chest Physicians

2006 - 2007      Co-Chairperson, Planning Committee, AAHPM/HPNA annual assembly

2005 - 2012      National Advisory Committee, National Consensus Project for Quality Palliative Care

2005 - 2006      Co-Chairperson, Planning Committee, AAHPM/HPNA annual assembly

2004 - 2007      Moderator, APN Special Interest Group, Hospice and Palliative Nurses Association

2002 - 2005      Project Advisory Council, National Consensus on Quality Palliative Care, New York, NY

2002 - 2003      North American ICU Peer Group for End-of-Life Care

2001 - 2005      Content Expert Panel, Palliative Care APN, American Nurses Credentialing Center, Washington, D.C.

2000 - 2012      National Advisory Committee, Center to Advance Palliative Care, Mt. Sinai School of Medicine, New York, NY

1999 - 2002      Chairperson, Award Selection Committee, Circle of Life Award, American Hospital Association

1998 - 1998      Advisory Committee, Award Planning Grant, American Hospital Association, Robert Wood Johnson

1997 - 2003      Last Acts Task Force on Palliative Care, Robert Wood Johnson Foundation, Washington, D.C.

1997 - 2002      Advisory Board, Center for Ethics and Human Rights, American Nurses Association Washington, D.C.

1997 - 1998      Advisory Committee, Role Delineation Study, National Board for Certification of Hospice Nurses

1997 - 1998      Program planner, Faculty, Institute for Healthcare Improvement, Improving care at the end of life Collaborative, Boston, MA

1996 - 1997    Committee on Care at the End-of-Life, Institute of Medicine, National Academy of Science, Washington, D.C.

## G. Journal/Editorial Activity

| | |
|---|---|
| 2021- Present | Reviewer, Japanese Journal of Clinical Oncology |
| 2017 – Present | Editorial Board, Annals of Palliative Medicine |
| 2009 - Present | Senior Associate Editor, Journal of Palliative Medicine |
| 2005 - 2008 | Editorial Board, Journal of Hospice and Palliative Nursing |
| 2014 – Present | Reviewer, International Journal of Nursing Studies |
| 2014 - Present | Reviewer, Palliative Medicine |
| 2013 - Present | Reviewer, European Respiratory Journal |
| 2013 – Present | Reviewer, Critical Care Nurse |
| 2012 – Present | Reviewer, Heart and Lung |
| 2011 – Present | Reviewer, Journal of Pain and Symptom Management |
| 2010 – Present | Reviewer, Research in Nursing and Health |
| 2008 – Present | Reviewer, Journal of Critical Care |
| 2008 – Present | Reviewer, Journal of Palliative Medicine |
| 1995 – Present | Reviewer, Critical Care Medicine |
| 1992 – Present | Reviewer, American Journal of Critical Care |

Page 22

**PRACTICE**

**B. Practice appointment outside Wayne State**

2012 - 2017      Detroit Medical Center, Nurse Research mentoring

2011- 2017       Detroit Medical Center, Chairperson, Nursing Research Council

# Exhibit B

Respiratory Distress Observation Scale © (Margaret L. Campbell, PhD, RN 2/19/09)

| Variable | 0 points | 1 point | 2 points | Total |
|---|---|---|---|---|
| Heart rate per minute | <90 beats | 90-109 beats | ≥110 beats | |
| Respiratory rate per minute | ≤18 breaths | 19-30 breaths | >30 breaths | |
| Restlessness: non-purposeful movements | None | Occasional, slight movements | Frequent movements | |
| Paradoxical breathing pattern: abdomen moves in on inspiration | None | | Present | |
| Accessory muscle use: rise in clavicle during inspiration | None | Slight rise | Pronounced rise | |
| Grunting at end-expiration: guttural sound | None | | Present | |
| Nasal flaring: involuntary movement of nares | None | | Present | |
| Look of fear | None | | Eyes wide open, facial muscles tense, brow furrowed, mouth open, teeth together | |
| Total | | | | |

Instruction for use:
1. RDOS is not a substitute for patient self-report if able.
2. RDOS is an adult assessment tool.
3. RDOS cannot be used when the patient is paralyzed with a neuromuscular blocking agent.
4. RDOS is not valid in bulbar ALS or quadriplegia.
5. Count respiratory and heart rates for one-minute; auscultate if necessary.
6. Grunting may be audible with intubated patients on auscultation.
7. Fearful facial expressions:

 
 

# Exhibit C

Lay-Person Shortness of Breath Scale

Scores:       0-2 = no distress
              3 = mild distress
              4-6 = moderate distress
              7 or higher = severe distress

| Variable | 0 points | 1 point | 2 points | Total |
|---|---|---|---|---|
| Heart rate per minute; count pulse | 0-89 beats | 90-109 beats | 110 or more beats | |
| Breathing rate per minute; count breaths | 0-18 breaths | 19-30 breaths | 31 or more breaths | |
| Restlessness: non-purposeful movements | None | Occasional, slight movements | Frequent movements | |
| Chest and belly move in opposite directions | None | | Present | |
| Shoulders elevate at each breath | None | Slight rise | Pronounced rise | |
| Grunting noise at the end of an exhale | None | | Present | |
| Nasal flaring | None | | Present | |
| Look of fear | None | | | |
| **Total** | | | | |