**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| IN RE:<br>ALABAMA NITROGEN HYPOXIA<br>PROTOCOL LITIGATION | Case No. 2:24-cv-00111-ECM<br><br>**CAPITAL CASE** |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to Compel the Collection and Preservation of Evidence from the Execution of Jeffery Lee, and for good cause shown, it is ORDERED that the Motion is GRANTED.

For the duration of the June 11–12, 2026, scheduled execution of Mr. Lee:

1) Mr. Lee's body shall be videotaped, framed head to toe with a clear view of Mr. Lee's face;

2) the front screens of the pulse oximeter and EKG devices in use during the execution shall be videotaped;

3) the data generated by the pulse oximeter and EKG devices in use during the execution shall be collected and preserved;

4) Defendants shall record the precise time that the nitrogen gas is turned on during the execution; and

5) Mr. Lee shall have an EEG-based monitoring device attached to his forehead, and all data readings from the device made during the execution shall be continuously recorded and preserved.

2

The parties are directed to meet and confer to discuss the logistics and decide the arrangements for the efficient and effective implementation of this order.

DONE this ___ day of June, 2026.


_____
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE

2

Doc#: US1:300809104v2