## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

RECEIVED

IN RE:
ALABAMA NITROGEN HYPOXIA
PROTOCOL LITIGATION

Case No. 2:24-cv-00111-ECM

CAPITAL CASE

2026 JUN -3 P 1: 19

TREY GRAINGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

### NOTICE OF FILING UNDER SEAL

Plaintiffs, by and through undersigned counsel, give notice, pursuant to the Court's Order granting Plaintiffs' Motion to File Under Seal, ECF No. 148, of hereby filing under seal unredacted copies of Plaintiffs' Motion to Compel the Collection and Preservation of Evidence from the Execution of Jeffery Lee and of the supporting Declaration of Dr. Mark J. S. Heath, M.D. These documents were filed with redactions at ECF Nos. 147 and 147-5, respectively.

The Motion and supporting Declaration are attached.

1

Dated:  June 2, 2026



David K. Kessler

**Paul, Weiss, Rifkind,**
**Wharton & Garrison LLP**
David K. Kessler (*pro hac vice*)
Justin D. Lerer (*pro hac vice*)
Kyle T. Sieber (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000
dkessler@paulweiss.com
jlerer@paulweiss.com
ksieber@paulweiss.com

Andrew J. Ehrlich (*pro hac vice*)

**Brief Ehrlich, P.C.**
355 Riverside Drive, 5W
New York, NY 10025
(917) 405-7928
ajehrlich@gmail.com

*Attorneys for Plaintiff Jarrod Taylor*

Bernard E. Harcourt (ASB-4316-A31B)

**Columbia Law School**
435 West 116th Street
New York, New York 10027
Telephone: (212) 854-1997
Fax: (212) 854-7946
Email: beh2139@columbia.edu

*Attorney for Plaintiff David Wilson*

J. Andrew Pratt (ASB-3507-J)
Joshua Toll (*pro hac vice*)
Kathryn Lehman (*pro hac vice*)
Samuel R. Diamant (*pro hac vice*)

**King & Spalding LLP**
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
(404) 572-4600
apratt@kslaw.com
jtoll@kslaw.com
klehman@kslaw.com
sdiamant@kslaw.com

*Attorneys for Plaintiff Mark Jenkins*

Angelique A. Ciliberti (ASB: 1504T44C)
Paige H. Sharpe (*pro hac vice*)
Anna K. Thompson (*pro hac vice*)
Kevin A. Cline (*pro hac vice*)

**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Ave. NW
Washington, DC 20001
(202) 942-5000
angelique.ciliberti@arnoldporter.com
paige.sharpe@arnoldporter.com
anna.thompson@arnoldporter.com
kevin.cline@arnoldporter.com

*Attorneys for Plaintiffs Kim Van Pelt,
Rick Belisle, Jimmy Brooks, Jr., Larry
George, and Marcus Williams*

3

## CERTIFICATE OF SERVICE

I, David K. Kessler, hereby certify that on June 2, 2026, the foregoing was sent by overnight FedEx for conventional filing with the Clerk of the Court and that a copy of the same was served via electronic mail on counsel for all parties.

David K. Kessler

4