**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| IN RE:<br>ALABAMA NITROGEN HYPOXIA<br>PROTOCOL LITIGATION | Case No. 2:24-cv-00111-ECM<br><br>**CAPITAL CASE** |

## NOTICE OF FILING OF DECLARATION OF JEFFERY LEE

Plaintiffs, by and through undersigned counsel, give notice of the filing of the Declaration

of Jeffery Lee consenting to the collection and preservation of evidence requested in Plaintiffs'

Motion to Compel Collection and Preservation of Evidence from the Execution of Jeffery Lee,

ECF No. 147.

The declaration is attached.

1

Dated:  June 5, 2026

/s/ David K. Kessler_____

David K. Kessler

**Paul, Weiss, Rifkind,
Wharton & Garrison LLP**
David K. Kessler (*pro hac vice*)
Justin D. Lerer (*pro hac vice*)
Kyle T. Sieber (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000
dkessler@paulweiss.com
jlerer@paulweiss.com
ksieber@paulweiss.com

Andrew J. Ehrlich (*pro hac vice*)

**Brief Ehrlich, P.C.**
355 Riverside Drive, 5W
New York, NY 10025
(917) 405-7928
ajehrlich@gmail.com

*Attorneys for Plaintiff Jarrod Taylor*


Bernard E. Harcourt (ASB-4316-A31B)

**Columbia Law School**
435 West 116th Street
New York, New York 10027
Telephone: (212) 854-1997
Fax: (212) 854-7946
Email: beh2139@columbia.edu

*Attorney for Plaintiff David Wilson*

2

J. Andrew Pratt (ASB-3507-J)
Joshua Toll (*pro hac vice*)
Kathryn Lehman (*pro hac vice*)
Samuel R. Diamant (*pro hac vice*)

**King & Spalding LLP**
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
(404) 572-4600
apratt@kslaw.com
jtoll@kslaw.com
klehman@kslaw.com
sdiamant@kslaw.com

*Attorneys for Plaintiff Mark Jenkins*


Angelique A. Ciliberti (ASB: 1504T44C)
Paige H. Sharpe (*pro hac vice*)
Anna K. Thompson (*pro hac vice*)
Kevin A. Cline (*pro hac vice*)

**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Ave. NW
Washington, DC 20001
(202) 942-5000
angelique.ciliberti@arnoldporter.com
paige.sharpe@arnoldporter.com
anna.thompson@arnoldporter.com
kevin.cline@arnoldporter.com

*Attorneys for Plaintiffs Kim Van Pelt,
Rick Belisle, Jimmy Brooks, Jr., Larry
George, and Marcus Williams*

## <u>CERTIFICATE OF SERVICE</u>

I, David K. Kessler, hereby certify that on June 5, 2026, I caused the foregoing notice to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ David K. Kessler*

David K. Kessler
