# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| IN RE:<br>ALABAMA NITROGEN HYPOXIA<br>PROTOCOL LITIGATION | Case No. 2:24-cv-00111-ECM<br><br>**CAPITAL CASE** |

## DECLARATION OF JEFFERY LEE

1. My name is Jeffery Lee. I am over the age of eighteen, of sound mind, and capable of making this declaration. The facts stated in this declaration are within my personal knowledge and are true and correct. I have discussed this declaration and the issues herein with my attorneys.

2. I am currently incarcerated on death row at William C. Holman Correctional Facility in Atmore, Alabama.

3. I am currently scheduled to be executed during a thirty-hour timeframe on June 11–12, 2026, by nitrogen gas asphyxiation using the Alabama Department of Corrections' nitrogen hypoxia protocol (the "Protocol").

4. I understand that plaintiffs in *In re: Alabama Nitrogen Hypoxia Protocol Litigation*, No. 2:24-cv-00111-ECM, a consolidated set of federal lawsuits in the Middle District of Alabama, are challenging the Protocol on the basis that, among other things, it is unconstitutional under the Eighth Amendment of the United States Constitution as cruel and unusual punishment.

5. I understand that the plaintiffs in the *In re: Alabama Nitrogen Hypoxia Protocol Litigation* consolidated action are filing a motion to seek to collect certain evidence during my upcoming execution in the event that the execution proceeds as scheduled.

1

6. I have discussed with my attorneys the evidence that the plaintiffs in the *In re: Alabama Nitrogen Hypoxia Protocol Litigation* consolidated action seek to collect.

7. I sign this declaration knowingly and willingly, without any form of duress, coercion, or influence, to provide my express written acknowledgement and consent to the collection of all this evidence during my upcoming execution, in the event that the execution proceeds as scheduled.

8. I expressly consent to the continuous videotaping of my body, framed head to toe with a clear view of my face, for the duration of my upcoming execution, in the event that the execution proceeds as scheduled.

9. I expressly consent to the continuous videotaping of the front screen of any pulse oximeter devices used during the duration of my upcoming execution, in the event that the execution proceeds as scheduled. I also expressly consent to the recording of data by the pulse oximeter devices.

10. I expressly consent to the continuous videotaping of the front screen of any EKG devices used during the duration of my upcoming execution, in the event that the execution proceeds as scheduled. I also expressly consent to the recording of data by the EKG devices.

11. I expressly consent to the attachment of an electroencephalogram-based device, such as a Bispectral Index monitoring system ("BIS") or SedLine EEG device, to my head and to the continuous collection and preservation of data recordings from my body on that device for the duration of my upcoming execution scheduled, in the event that the execution proceeds as scheduled.

12. I expressly consent to the collection of each piece of evidence described above either individually, together at the same time, or in any combination thereof.

2

13. I understand that the plaintiffs in the *In re: Alabama Nitrogen Hypoxia Protocol Litigation* consolidated action seek to collect the evidence described above to be used in the consolidated action and/or its constituent individual cases.

14. I expressly consent to the use and admission of each piece of the evidence described above in any future litigation, in federal or state court, challenging an execution by nitrogen gas asphyxiation as, among other things, unconstitutional under the Eighth Amendment of the United States Constitution, including the *In re: Alabama Nitrogen Hypoxia Protocol Litigation* consolidated action, its underlying constituent cases, and on appeal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Escambia County, State of Alabama, on the  2  day of June, 2026.

Jeffery Lee
Jeffery Lee

3