**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| IN RE:<br>ALABAMA NITROGEN HYPOXIA PROTOCOL LITIGATION | Case No. 2:24-cv-00111-ECM<br>**CAPITAL CASE**<br>**ORAL ARGUMENT REQUESTED** |

# CONSOLIDATED PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

The Consolidated Plaintiffs in the above-styled action, pursuant to Federal Rule of Civil Procedure 56, move this Court to enter judgment in their favor with respect to their claims which assert facial challenges to the constitutionality of the ADOC's nitrogen hypoxia execution protocol. The Consolidated Plaintiffs aver that with respect to the foregoing motion, there is no genuine issue as to any material fact, and the Consolidated Plaintiffs are entitled to summary judgment as a matter of law. In support of said motion, the Consolidated Plaintiffs submit their Memorandum of Law in Support of Motion for Summary Judgment and Evidentiary Submission.

Respectfully Submitted,

*/s/ Samuel R. Diamant*

J. Andrew Pratt (ASB-3507-J)
Joshua Toll (pro hac vice)
Kathryn Lehman (pro hac vice)
Samuel R. Diamant (pro hac vice)

**King & Spalding LLP**
1180 Peachtree Street, NE, Suite 1600

Atlanta, GA 30309
(404) 572-4600
apratt@kslaw.com
jtoll@kslaw.com
klehman@kslaw.com
sdiamant@kslaw.com

*Attorneys for Plaintiff Mark Jenkins*

*/s/ David K. Kessler*

David K. Kessler (pro hac vice)
Justin D. Lerer (pro hac vice)
Kyle T. Sieber (pro hac vice)

**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
dkessler@paulweiss.com
jlerer@paulweiss.com
ksieber@paulweiss.com

Andrew J. Ehrlich (pro hac vice)

**Brief Ehrlich, P.C.**
355 Riverside Drive, 5W
New York, NY 10025
(917) 405-7928
ajehrlich@gmail.com

*Attorneys for Plaintiff Jarrod Taylor*

*/s/ Bernard E. Harcourt*

Bernard E. Harcourt (ASB-4316-A31B)

**Columbia Law School**
435 West 116th Street
New York, New York 10027
Telephone: (212) 854-1997
Fax: (212) 854-7946
Email: beh2139@columbia.edu

*Attorney for Plaintiff David Wilson*

*/s/ Paige H. Sharpe*

Angelique A. Ciliberti (ASB: 1504T44C)
Paige H. Sharpe (pro hac vice)
Anna K. Thompson (pro hac vice)
Kevin A. Cline (pro hac vice)

**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Ave. NW
Washington, DC 20001
(202) 942-5000
angelique.ciliberti@arnoldporter.com
paige.sharpe@arnoldporter.com
anna.thompson@arnoldporter.com
kevin.cline@arnoldporter.com

*Attorneys for Plaintiffs Kim Van Pelt, Rick Belisle, Jimmy Brooks, Jr., Larry George, and Marcus Williams*

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ Samuel R. Diamant*
Samuel R. Diamant