**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| IN RE:<br>ALABAMA NITROGEN HYPOXIA PROTOCOL LITIGATION | Case No. 2:24-cv-00111-ECM<br><br>**CAPITAL CASE** |

# DECLARATION OF SAMUEL R. DIAMANT

I, Samuel R. Diamant, hereby declare as follows:

1. I am an attorney with the law firm of King & Spalding LLP and have been admitted *pro hac vice* before this Court. I am counsel of record in this action for Plaintiff Mark Jenkins, one of the plaintiffs in the above-referenced consolidated action. The plaintiffs in this consolidated action are David Wilson, Kim Van Pelt, Rick Belisle, Jimmy Brooks, Jr., Jarrod Taylor, Larry George, Mark Jenkins, and Marcus Williams (the "Consolidated Plaintiffs"). I submit this declaration in connection with the Consolidated Plaintiffs' Motion for Summary Judgment on their Facial Eighth Amendment Claims (the "Motion for Summary Judgment"), which is being filed concurrently herewith. I have personal knowledge of the facts set forth in this declaration and can testify competently to those facts.

2. Each of the Consolidated Plaintiffs in the above-referenced action elected execution by nitrogen hypoxia. True and correct copies of the Consolidated

Plaintiffs' respective signed hypoxia election forms are attached hereto under Exhibit 1 in support of the Consolidated Plaintiffs' Motion for Summary Judgment.

3. A true and correct copy of the ADOC's redacted execution protocol is attached hereto as Exhibit 2 in support of the Consolidated Plaintiffs' Motion for Summary Judgment.

4. A true and correct copy of the operative complaint in *Lee v. Lovelace*, No. 2:25-cv-00680-ECM, Doc. 40 (M.D. Ala. Feb. 2, 2026) is attached hereto as Exhibit 3 in support of the Consolidated Plaintiffs' Motion for Summary Judgment.

5. A true and correct copy of the Court's opinion in *Lee v. Lovelace*, 2026 WL 1493098 (M.D. Ala. May 28, 2026) ("*Lee I*") is attached hereto as Exhibit 4 in support of the Consolidated Plaintiffs' Motion for Summary Judgment.

6. A true and correct copy of the Eleventh Circuit's opinion in *Lee v. Comm'r, Ala. Dep't of Corr.*, 2026 WL 1651147, at *8 (11th Cir. June 8, 2026) ("*Lee II*") is attached hereto as Exhibit 5 in support of the Consolidated Plaintiffs' Motion for Summary Judgment.

7. A true and correct copy of the Court's opinion in *Lee v. Lovelace*, 2026 WL 1664095 (M.D. Ala. June 9, 2026) ("*Lee III*") is attached hereto as Exhibit 6 in support of the Consolidated Plaintiffs' Motion for Summary Judgment.

8. A true and correct copy of the parties' stipulation of dismissal in *Lee v. Comm'r, Ala. Dep't of Corr.*, No. 26-12027, Doc. 19 (11th Cir. June 15, 2026) is

attached hereto as Exhibit 7 in support of the Consolidated Plaintiffs' Motion for Summary Judgment.

9. A true and correct copy of the Eleventh Circuit's order of dismissal in *Lee v. Comm'r, Ala. Dep't of Corr.*, No. 26-12027, Doc. 20 (11th Cir. June 23, 2026) is attached hereto as Exhibit 8 in support of the Consolidated Plaintiffs' Motion for Summary Judgment.

10. On June 22, 2026, I attended a meet and confer discussion by video conference with counsel for Defendants, Polly Kenny and Lauren Simpson, along with counsel for certain of the Consolidated Plaintiffs. During that discussion, Ms. Kenny confirmed that Defendants plan to proceed with the executions of each of the Consolidated Plaintiffs by nitrogen hypoxia. Ms. Kenny also confirmed that Defendants do not intend to amend the protocol in any way.

11. A true and correct copy of the email exchange from June 23, 2026 between Ms. Kenny on behalf of the Defendants and Justin Lerer (counsel for Plaintiff Jarrod Taylor) on behalf of the Consolidated Plaintiffs is attached as Exhibit 9 in support of the Consolidated Plaintiffs' Motion for Summary Judgment. In this exchange, Ms. Kenny confirmed her prior statements made during the June 22, 2026 meet and confer that "Defendants plan to continue using the current nitrogen hypoxia protocol as to the [C]onsolidated Plaintiffs." *Id.*

12. On August 21, 2026, I wrote to counsel for Defendants, Polly Kenny and Lauren Simpson, on behalf of the Consolidated Plaintiffs to inform them that the Consolidated Plaintiffs intended to file their motion for summary judgment and invited a further meet and confer discussion in the event that it may be productive. I included the Consolidated Plaintiffs' understanding from our prior discussions that the State of Alabama intends to execute each of the Consolidated Plaintiffs by nitrogen hypoxia, has not made any changes to the protocol that was held to violate the Eighth Amendment in *Lee*, and has not implemented the firing squad. Ms. Simpson responded on August 21, 2026 and wrote that Defendants "do not believe any common ground can be reached on this issue." Ms. Simpson did not correct any of the factual understandings as set forth in my August 21, 2026 email. A true and correct copy of that email exchange is attached as Exhibit 10 in support of the Consolidated Plaintiffs' Motion for Summary Judgment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 25th day of August 2026.

*<u>/s/ Samuel R. Diamant</u>*
Samuel R. Diamant