# EXHIBIT 1

ELECTION TO BE EXECUTED BY NITROGEN HYPOXIA

Pursuant to Act No. 2018-353, if I am to be executed, I elect that it be by nitrogen hypoxia rather than by lethal injection.

This election is not intended to affect the status of any challenge(s) (current or future) to my conviction(s) or sentence(s), nor waive my right to challenge the constitutionality of any protocol adopted for carrying out executions by nitrogen hypoxia.

Dated this 26TH day of June, 2018.

David Wilson Z-748
Name / Inmate Number

[signature]
Signature

# ELECTION TO BE EXECUTED BY NITROGEN HYPOXIA

Pursuant to Act No. 2018-353, if I am to be executed, I elect that it be by nitrogen hypoxia rather than by lethal injection.

This election is not intended to affect the status of any challenge(s) (current or future) to my conviction(s) or sentence(s), nor waive my right to challenge the constitutionality of any protocol adopted for carrying out executions by nitrogen hypoxia.

Dated this 26th day of June, 2018.

Kim VanPelt 2737
Name / Inmate Number

K. VanPelt
Signature

ELECTION TO BE EXECUTED BY NITROGEN HYPOXIA

Pursuant to Act No. 2018-353, if I am to be executed, I elect that it be by nitrogen hypoxia rather than by lethal injection.

This election is not intended to affect the status of any challenge(s) (current or future) to my conviction(s) or sentence(s), nor waive my right to challenge the constitutionality of any protocol adopted for carrying out executions by nitrogen hypoxia.

Dated this 28th day of June, 2018.

Rick A. Belisle / #Z-697

Name / Inmate Number

Rick A. Belisle II

Signature

ELECTION TO BE EXECUTED BY NITROGEN HYPOXIA

Pursuant to Act No. 2018-353, if I am to be executed, I elect that it be by nitrogen hypoxia rather than by lethal injection.

This election is not intended to affect the status of any challenge(s) (current or future) to my conviction(s) or sentence(s), nor waive my right to challenge the constitutionality of any protocol adopted for carrying out executions by nitrogen hypoxia.

Dated this _____ day of June, 2018.

Jimmy Brooks #Z-704
Name / Inmate Number

Jimmy Brooks
Signature

ELECTION TO BE EXECUTED BY NITROGEN HYPOXIA

Pursuant to Act No. 2018-353, if I am to be executed, I elect that it be by nitrogen hypoxia rather than by lethal injection.

This election is not intended to affect the status of any challenge(s) (current or future) to my conviction(s) or sentence(s), nor waive my right to challenge the constitutionality of any protocol adopted for carrying out executions by nitrogen hypoxia.

Dated this 26TH day of June, 2018.

LARRY GEORGE / Z-571
Name / Inmate Number

Larry D. George
Signature

ELECTION TO BE EXECUTED BY NITROGEN HYPOXIA

Pursuant to Act No. 2018-353, if I am to be executed, I elect that it be by nitrogen hypoxia rather than by lethal injection.

This election is not intended to affect the status of any challenge(s) (current or future) to my conviction(s) or sentence(s), nor waive my right to challenge the constitutionality of any protocol adopted for carrying out executions by nitrogen hypoxia.

Dated this 28 day of June, 2018.

MARK A. JENKINS
Name / Inmate Number

Mark A Jenkins #Z527 4246
Signature

JUN 29 2018

ELECTION TO BE EXECUTED BY NITROGEN HYPOXIA

Pursuant to Act No. 2018-353, if I am to be executed, I elect that it be by nitrogen hypoxia rather than by lethal injection.

This election is not intended to affect the status of any challenge(s) (current or future) to my conviction(s) or sentence(s), nor waive my right to challenge the constitutionality of any protocol adopted for carrying out executions by nitrogen hypoxia.

Dated this 29 day of June, 2018.

Marcus Willams 2656
Name / Inmate Number

Marcus Williams
Signature

ELECTION PURSUANT TO ACT NO. 2018-353

Pursuant to Act No. 2018-353, if I am to be executed, I elect, subject to the objections below, among others, that it be by nitrogen hypoxia rather than by lethal injection.

I have made legal challenges to the constitutionality of the death penalty and to execution by lethal injection, and I maintain that both are unconstitutional. Furthermore, it is unconstitutional to require a person to choose between execution by lethal injection and execution by nitrogen hypoxia in the absence of relevant information regarding execution by nitrogen hypoxia and the protocol by which it will be administered. Despite these reservations, I am making this election because I understand that Act No. 2018-353 requires a decision to be made at this time.

This election is not intended to affect the status of any challenge(s) (current or future) to my convictions or sentences, nor waive my right to challenge the constitutionality of any protocol adopted for carrying out executions by any method, including by nitrogen hypoxia. Nor is this election intended to waive any right to revoke my election or challenge whether the election was knowing and voluntary in light of the circumstances under which it is being made.

Dated this 28th day of June, 2018.

JARROD TAYLOR Z638
Name / Inmate Number

Jarrod Taylor
Signature