# EXHIBIT 9

**From:** Kenny, Polly <Polly.Kenny@AlabamaAG.gov>
**Sent:** Tuesday, June 23, 2026 9:30 AM
**To:** EXT - Justin Lerer; Simpson, Lauren
**Cc:** EXT - Andrew Ehrlich 2; Kessler, David; EXT - Kyle Sieber; EXT - Paige Sharpe; EXT - Anna Thompson; EXT - Kevin Cline; Joshua Toll; Sam Diamant; EXT - Bernard E. Harcourt; EXT - Jocelyn Wiesner; Kenny, Polly; Newman, Madison
**Subject:** RE: Request to meet and confer

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Justin,

One correction:

- "Defendants believe that nitrogen hypoxia has not been held unconstitutional" – this is not totally correct. It would be correct if it read: "Defendants believe that nitrogen hypoxia has been held unconstitutional only as it applies to Lee based on the record in Lee's case"

The rest is correct:

- "and that it is not unconstitutional." – correct
- " Defendants believe that the current protocol is not unconstitutional and has only been held unconstitutional as to Jeffery Lee on the record in that case." – correct
- " As a result, Defendants plan to continue using the current nitrogen hypoxia protocol as to the consolidated Plaintiffs." - correct

Thank you for allowing us to clarify.

Polly

Polly S. Kenny
Division Chief
Capital Litigation Division
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130
334.353.9218 Office
334.353.8400 Fax
Polly.Kenny@AlabamaAG.gov

**From:** Lerer, Justin <jlerer@paulweiss.com>
**Sent:** Tuesday, June 23, 2026 11:10 AM
**To:** Kenny, Polly <Polly.Kenny@AlabamaAG.gov>; Simpson, Lauren <Lauren.Simpson@AlabamaAG.gov>
**Cc:** ajehrlich@gmail.com; Kessler, David <dkessler@paulweiss.com>; Sieber, Kyle T <ksieber@paulweiss.com>; Sharpe,

Paige H. <paige.sharpe@arnoldporter.com>; Thompson, Anna K. <anna.thompson@arnoldporter.com>; kevin.cline <kevin.cline@arnoldporter.com>; Joshua Toll <jtoll@kslaw.com>; sdiamant@kslaw.com; bernard.harcourt <bernard.harcourt@columbia.edu>; jocelyn.wiesner <jocelyn.wiesner@arnoldporter.com>
**Subject:** RE: Request to meet and confer

This message has originated from an **External Source.** Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Polly and Lauren,

Thank you for speaking yesterday. Following up on our call, we wanted to make sure that we are clear on Defendants' positions. Our understanding is as follows. Defendants believe that nitrogen hypoxia has not been held unconstitutional and that it is not unconstitutional. Defendants believe that the current protocol is not unconstitutional and has only been held unconstitutional as to Jeffery Lee on the record in that case. As a result, Defendants plan to continue using the current nitrogen hypoxia protocol as to the consolidated Plaintiffs.

If these are not Defendants' positions, please let us know. Thank you.

Best,
Justin

**Justin D. Lerer** | Counsel
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3766 (Direct Phone) | +1 212 492 0766 (Direct Fax)
+1 917 734 3347 (Cell)
jlerer@paulweiss.com | www.paulweiss.com
*Pronouns: He/Him*

---

**From:** Lerer, Justin
**Sent:** Thursday, June 18, 2026 3:30 PM
**To:** Kenny, Polly <polly.kenny@alabamaag.gov>; Simpson, Lauren <lauren.simpson@alabamaag.gov>
**Cc:** Andrew J. Ehrlich <ajehrlich@gmail.com>; Kessler, David <dkessler@paulweiss.com>; Sieber, Kyle T <ksieber@paulweiss.com>; Sharpe, Paige H. <paige.sharpe@arnoldporter.com>; Thompson, Anna K. <anna.thompson@arnoldporter.com>; Cline, Kevin A. <kevin.cline@arnoldporter.com>; Joshua Toll <jtoll@kslaw.com>; Sam Diamant <sdiamant@kslaw.com>; bernard.harcourt <bernard.harcourt@columbia.edu>
**Subject:** Request to meet and confer

Polly and Lauren,

Are you available to meet and confer regarding next steps in the consolidated case? We are available on Monday 8:15-11 and after 2:30 CT.

Best,
Justin

**Justin D. Lerer** | Counsel
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**

1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3766 (Direct Phone) | +1 212 492 0766 (Direct Fax)
+1 917 734 3347 (Cell)
jlerer@paulweiss.com | www.paulweiss.com
*Pronouns: He/Him*

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.

Confidentiality Notice: The information contained in this email and the documents attached hereto contain confidential information intended only for the use of the intended recipients. If the reader of the message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained herein is strictly prohibited. If you have received this communication in error, please immediately notify me by reply email.