# EXHIBIT 10

**From:** Simpson, Lauren <Lauren.Simpson@AlabamaAG.gov>
**Sent:** Friday, August 21, 2026 3:51 PM
**To:** Sam Diamant; Kenny, Polly
**Cc:** EXT - Justin Lerer; EXT - Andrew Ehrlich 2; Kessler, David; EXT - Kyle Sieber; EXT - Paige Sharpe; EXT - Anna Thompson; EXT - Kevin Cline; Joshua Toll; EXT - Bernard E. Harcourt; EXT - Jocelyn Wiesner; Newman, Madison
**Subject:** Re: In re: Alabama Nitrogen Hypoxia Protocol Litigation - 2:24-cv-00111-ECM

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Good evening, Sam,

This presumably comes as no surprise, but Defendants will not stipulate and intend to object to any motion for summary judgment at this point. Thank you for the offer of a call, but in light of our previous discussion and your email, we don't believe any common ground can be reached on this issue.

Best,
Lauren

---

**From:** Sam Diamant <SDiamant@KSLAW.com>
**Sent:** Friday, August 21, 2026 4:35 PM
**To:** Kenny, Polly <Polly.Kenny@AlabamaAG.gov>; Simpson, Lauren <Lauren.Simpson@AlabamaAG.gov>
**Cc:** EXT - Justin Lerer <jlerer@paulweiss.com>; EXT - Andrew Ehrlich 2 <ajehrlich@gmail.com>; Kessler, David <dkessler@paulweiss.com>; EXT - Kyle Sieber <ksieber@paulweiss.com>; EXT - Paige Sharpe <Paige.sharpe@arnoldporter.com>; EXT - Anna Thompson <Anna.Thompson@arnoldporter.com>; EXT - Kevin Cline <kevin.cline@arnoldporter.com>; Joshua Toll <JToll@KSLAW.com>; EXT - Bernard E. Harcourt <bernard.harcourt@columbia.edu>; EXT - Jocelyn Wiesner <Jocelyn.Wiesner@arnoldporter.com>; Newman, Madison <Madison.Newman@AlabamaAG.gov>
**Subject:** In re: Alabama Nitrogen Hypoxia Protocol Litigation - 2:24-cv-00111-ECM

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Dear Polly and Lauren,

The Consolidated Plaintiffs intend to move for summary judgment on their respective facial Eighth Amendment claims, and ask that the Court order the same declaratory and injunctive relief as entered in Mr. Jeffery Lee's case.

The motion will be based on the Court's and Eleventh Circuit's prior decisions in Lee, the applicability of those decisions to the Consolidated Plaintiffs, principles of judicial economy, and the doctrine of collateral estoppel. We understand from our prior meet and confer discussions that the State of Alabama intends to execute each of the Consolidated Plaintiffs by nitrogen hypoxia, has not made any changes to the protocol that was held to violate the Eighth Amendment in Lee, and has not implemented the firing squad.

Please let us know if you would be willing to stipulate to the relief requested by our intended motion for summary judgment. We can make ourselves available on Monday, August 24, to discuss with you, if you think such a discussion would be productive. We will reach out separately to meet and confer on the case schedule in light of our expected motion.

Best –

Sam

**Sam Diamant**
*Partner*

T: +1 415 318 1222 | sdiamant@kslaw.com | Bio | vCard

King & Spalding LLP
50 California Street
Suite 3300
San Francisco, CA 94111

kslaw.com

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message or attachments and we ask that you please comply with any additional instructions from the sender regarding deletion of messages or attachments sent in error. Click here to view our Privacy Notice.

Confidentiality Notice: The information contained in this email and the documents attached hereto contain confidential information intended only for the use of the intended recipients. If the reader of the message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained herein is strictly prohibited. If you have received this communication in error, please immediately notify me by reply email.