IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| Alabama Nitrogen Hypoxia Protocol | ) | CASE NO. 2:24-cv-111-ECM |
| Litigation | ) | |

**O R D E R**

Now pending before the Court are the Consolidated Plaintiffs' motion for summary judgment (doc. 155) and Plaintiff David Wilson's motion for leave to amend his complaint (doc. 156). Upon consideration of the motions, and for good cause, it is

ORDERED that a status conference is SET for **September 2, 2026 at 10:00 a.m. CDT** by telephone conference call. Counsel shall be prepared to discuss the pending motions (docs. 155, 156) and all other aspects of the case. Counsel shall contact Cindy Sanders, the undersigned's courtroom deputy, for the phone number and access code to participate in the status conference.

The Clerk of the Court is DIRECTED to provide a court reporter for this proceeding.

DONE this 26th day of August, 2026.

/s/ Emily C. Marks
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE