**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| IN RE:<br>ALABAMA NITROGEN HYPOXIA PROTOCOL LITIGATION | Case No. 2:24-cv-00111-ECM<br><br>**CAPITAL CASE** |

**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR CONSOLIDATED PLAINTIFFS' MOTION FOR SUMMARY JUDGEMENT**

WHEREAS, on August 25, 2026, the Consolidated Plaintiffs in the above-referenced action filed a Motion for Summary Judgment on their Facial Eighth Amendment Claims ("Motion for Summary Judgment").

WHEREAS, the Consolidated Plaintiffs and Defendants have met and conferred and have agreed, subject to the Court's approval, to a schedule for the remaining briefing regarding the Motion for Summary Judgment.

NOW, THEREFORE, the Parties, by and through their undersigned counsel, hereby stipulate as follows:

1. Defendants' response to the Motion for Summary Judgment shall be filed no later than **September 17, 2026**.

2. Consolidated Plaintiffs' reply shall be filed no later than **October 1, 2026**.

STIPULATED AND AGREED:

August 27, 2026

Respectfully submitted,

<u>*/s/ Lauren A. Simpson*</u>

Steve Marshall
Attorney General
Polly S. Kenny
Assistant Attorney General
Lauren A. Simpson
Deputy Attorney General

**State of Alabama Office of the Attorney General**
501 Washington Ave.
Montgomery, AL 36130
(334) 242-7300
lauren.simpson@alabamaag.gov

<u>*/s/ Samuel R. Diamant*</u>

J. Andrew Pratt (ASB-3507-J)
Joshua Toll (pro hac vice)
Kathryn Lehman (pro hac vice)
Samuel R. Diamant (pro hac vice)

**King & Spalding LLP**
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
(404) 572-4600
apratt@kslaw.com
jtoll@kslaw.com
klehman@kslaw.com
sdiamant@kslaw.com

*Attorneys for Plaintiff Mark Jenkins*

<u>*/s/ David K. Kessler*</u>

David K. Kessler (pro hac vice)
Justin D. Lerer (pro hac vice)
Kyle T. Sieber (pro hac vice)

**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
dkessler@paulweiss.com
jlerer@paulweiss.com
ksieber@paulweiss.com

Andrew J. Ehrlich (pro hac vice)

**Brief Ehrlich, P.C.**
355 Riverside Drive, 5W
New York, NY 10025

(917) 405-7928
ajehrlich@gmail.com

*Attorneys for Plaintiff Jarrod Taylor*

*/s/ Bernard E. Harcourt*

Bernard E. Harcourt
(ASB-4316-A31B)

**Columbia Law School**
435 West 116th Street
New York, New York 10027
Telephone: (212) 854-1997
Fax: (212) 854-7946
Email: beh2139@columbia.edu

*Attorney for Plaintiff David Wilson*

*/s/ Paige H. Sharpe*

Angelique A. Ciliberti
(ASB: 1504T44C)
Paige H. Sharpe (pro hac vice)
Anna K. Thompson (pro hac vice)
Kevin A. Cline (pro hac vice)

**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Ave. NW
Washington, DC 20001
(202) 942-5000
angelique.ciliberti@arnoldporter.com
paige.sharpe@arnoldporter.com
anna.thompson@arnoldporter.com
kevin.cline@arnoldporter.com

*Attorneys for Plaintiffs Kim Van Pelt, Rick Belisle, Jimmy Brooks, Jr., Larry George, and Marcus Williams*

IT IS SO ORDERED.

______________________________

Hon. Emily C. Marks
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ Samuel R. Diamant*
Samuel R. Diamant