IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

***In re. Alabama Nitrogen Hypoxia Protocol Litigation***

| | | |
|---|---|---|
| DAVID WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:24-cv-111-ECM |
| | ) | |
| GREG LOVELACE, Commissioner, | ) | ***DEATH PENALTY CASE*** |
| Alabama Department of Corrections, | ) | |
| | ) | |
| Defendant. | ) | |

STIPULATION REGARDING A BRIEFING SCHEDULE
RE. DAVID WILSON'S MOTION TO AMEND HIS COMPLAINT

Plaintiff David Wilson and Defendant Greg Lovelace have conferred and agreed, subject to this Court's approval, to a schedule for the briefing of Plaintiff David Wilson's motion to amend his complaint. The parties propose the following:

1. Defendant's response to the motion to amend shall be filed no later than September 17, 2026.

2. Plaintiff David Wilson's reply shall be filed no later than October 1, 2026.

Done this 28th day of August 2026

Respectfully submitted,

*/s/ Lauren A. Simpson*

Lauren A. Simpson
Deputy Attorney General

Alabama Attorney General
501 Washington Ave.
Montgomery, AL 36130
(334) 242-7300
lauren.simpson@alabamaag.gov

*Attorney for Defendant*

*/s/ Bernard E. Harcourt*

Bernard E. Harcourt
(ASB-4316-A31B)

Columbia Law School
435 West 116th Street
New York, New York 10027
(212) 854-1997
beh2139@columbia.edu

*Attorney for Plaintiff David Wilson*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2025, the foregoing motion has been electronically filed with the Clerk of the Court and therefore a copy has been electronically served upon counsel for Respondent:

Lauren Simpson, Esq.
Office of the Attorney General
Capital Litigation Division
501 Washington Avenue
Montgomery, AL 36130

Bernard E. Harcourt