**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| In Re: Alabama Nitrogen Hypoxia Protocol Litigation | ) ) | Case No. 2:24-cv-00111-ECM |

**DECLARATION OF LAUREN A. SIMPSON**

LAUREN A. SIMPSON does hereby declare and say:

1. My name is Lauren A. Simpson. I am over nineteen (19) years of age and a resident of the State of Alabama. I am presently employed as a Deputy Attorney General at the Office of the Attorney General, where I have worked since 2012. I am counsel of record in this litigation for Defendants.

2. I offer this declaration pursuant to Rule 56(d) of the Federal Rules of Civil Procedure in opposition to Plaintiffs' motion for summary judgment, DE155.

3. Discovering is ongoing in this litigation. Defendants received *most* of Plaintiffs' expert reports on September 15; by agreement, two reports will be delivered by September 22. Defendants' expert reports are not due until October 15. DE80 §8.

4. Defendants have not yet deposed Plaintiffs or their experts. Depositions are scheduled to begin in October. Defendants anticipate that the Plaintiff depositions may bear on the equities and the feasibility of the pleaded alternative execution methods. For example, in Carey Grayson's method-of-execution

litigation, he admitted in deposition that he did not want the midazolam alternative his attorneys had pleaded and would not cooperate by drinking lethal drugs. In Jeffery Lee's method-of-execution litigation, he admitted in deposition that he did not want MAID and considered it tantamount to suicide. Here, where most Plaintiffs plead multiple alternatives—and where some Plaintiffs are even now trying to amend their complaints to add or change alternatives—Defendants anticipate that depositions will shed light on the veracity of their allegations.

5. Defendants expect the expert depositions and reports to establish genuine issues of material fact, including the time to unconsciousness, the likelihood of any sensation of air hunger, and the severity of any such air hunger.

6. Plaintiffs' expert reports include two not offered to this Court in *Lee*, one from Dr. Margaret Campbell concerning her Respiratory Distress Observation Scale and one from Dr. Carly Zapata on MAID and hybrid lethal injection–nitrogen hypoxia protocols. Defendants anticipate offering rebuttal evidence.

7. Defendants expect to file a motion for summary judgment on or before January 13, 2027, as contemplated by the Court's scheduling order. DE80 §2.

9/17/26
Date

Lauren A. Simpson
Lauren A. Simpson