IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

***In re. Alabama Nitrogen Hypoxia Protocol Litigation***

| | | |
|---|---|---|
| DAVID WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:24-cv-111-ECM |
| | ) | |
| GREG LOVELACE, Commissioner, | ) | *DEATH PENALTY CASE* |
| Alabama Department of Corrections, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED STIPULATION TO WITHDRAW AS-APPLIED CHALLENGE TO THE NITROGEN GAS PROTOCOL**

BERNARD E. HARCOURT
Alabama Bar No. ASB-4316A31B

Columbia Law School
Jerome Greene Hall, Suite 603
435 West 116th Street
New York, New York 10027
Telephone (212) 854-1997
E-mail: beh2139@columbia.edu

Dated: September 17, 2026

**UNOPPOSED STIPULATION TO WITHDRAW AS-APPLIED CHALLENGE TO THE NITROGEN GAS PROTOCOL**

COMES NOW Plaintiff David Wilson and respectfully stipulates to the withdrawal of the as-applied challenge to the nitrogen gas protocol, as an additional request to Plaintiff's pending motion to amend his complaint. In support of the stipulation, Plaintiff states the following:

1. Plaintiff David Wilson's original complaint was filed on February 15, 2024. Doc. 1.

2. Pursuant to Fed. R. Civ. P. 15(a), Plaintiff filed his first amended complaint on March 31, 2025. Doc. 35.

3. Count II of the first amended complaint is an as-applied challenge to the nitrogen gas protocol consisting of three subparts. *See* Doc. 35, Claim 2, ¶¶ 78-91, pages 35-40.

4. On August 25, 2026, Plaintiff and the Consolidated Plaintiffs filed for summary judgment on Count I of the amended complaint, the facial challenge to the nitrogen gas protocol. Doc. 155.

5. On August 25, 2026 (originally) and then on September 9, 2026 (corrected), Plaintiff filed a second motion to amend his complaint. Doc. 162.

6. On September 15, 2026, the Consolidated Plaintiffs submitted their expert reports to Defendant.

7. During the course of the finalization of the expert reports, and in light of the motion for summary judgment on the facial challenge (Doc. 155), Plaintiff David Wilson, in consultation with undersigned counsel, has decided not to move forward with his as-applied challenges to the nitrogen gas protocol.

8. On September 14, Plaintiff's counsel spoke with Defendant's counsel, and on September 16, 2026, Defendant gave consent to Plaintiff amending his complaint to the extent that he is dropping the as-applied claims.

9. Because Plaintiff has already filed a motion to amend the complaint (Doc. 162), which already has a briefing schedule (Doc. 161), and in order to not delay the schedule or the proceedings in any way, Plaintiff hereby stipulates to the withdrawal of the as-applied challenge and requests that it be considered by the Court as part of his motion to amend the complaint.

10. Defendant will address this stipulated amendment to the complaint in its Response on October 1, 2026, and Plaintiff will address it in his Reply due October 15, 2026.

WHEREFORE, Plaintiff stipulates to the withdrawal of his as-applied challenge, which is Count II of his second amended complaint.

Dated this 17th day of September 2026.

Respectfully submitted,

BERNARD E. HARCOURT
Alabama Bar No. ASB-4316A31B

Columbia Law School
Jerome Greene Hall, Suite 603
435 West 116th Street
New York, New York 10027
Telephone (212) 854-1997
E-mail: beh2139@columbia.edu

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2026, the foregoing stipulation has been electronically filed with the Clerk of the Court and therefore a copy has been electronically served upon counsel for Respondent:

Office of the Attorney General
Attn: Capital Litigation Division
501 Washington Avenue
Montgomery, AL 36130

Bernard E. Harcourt