**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| *In re*: ALABAMA NITROGEN HYPOXIA PROTOCOL LITIGATION | CASE NO. 2:24-cv-00111-ECM |
| THIS DOCUMENT RELATES TO: | |
| JIMMY BROOKS, JR.,<br><br>Plaintiff,<br><br>v.<br><br>GREG LOVELACE, Commissioner, Alabama Department of Corrections, *et al.*,<br><br>Defendants. | CASE NO. 2:25-cv-00674-ECM<br><br>CAPITAL CASE |

**UNOPPOSED STIPULATION TO WITHDRAW NITROGEN GAS PROTOCOL WITH SEVOFLURANE AS AN ALTERNATIVE EXECUTION METHOD**

COMES NOW Plaintiff Jimmy Brooks, Jr., who respectfully stipulates to the withdrawal of the following alternative method of execution pleaded in both his original Complaint and his First Amended Complaint: the alternative nitrogen gas protocol following inducement of unconsciousness with sevoflurane. In support of this stipulation, Plaintiff states as follows.

1. Plaintiff filed his original Complaint on August 22, 2025, and included two alternative methods of execution: (1) an alternative nitrogen gas protocol with midazolam; and (2) an alternative nitrogen gas protocol following inducement of unconsciousness with sevoflurane. *See* Compl. ¶¶ 71–74, 75–76 [No. 2:25-cv-00674, Doc. 1].

2. On May 4, 2026, Plaintiff filed a First Amended Complaint that maintained both of those alternatives and added morphine to the alternative nitrogen gas protocol with midazolam. *See* First Am. Compl. ¶¶ 70–75, 76–77 [No. 2:24-cv-00111, Doc. 137].

3. After filing the First Amended Complaint, Plaintiff, in consultation with undersigned counsel, has decided not to move forward with the alternative nitrogen gas protocol following inducement of unconsciousness with sevoflurane, *see* First Am. Compl. ¶¶ 76–77, as an alternative in the trial of this case.

4. Plaintiff continues to pursue the remaining alternative method of execution pleaded in the First Amended Complaint, namely, the alternative nitrogen gas protocol with midazolam and morphine, *see* First Am. Compl. ¶¶ 70–75.

5. Defendants do not object to Plaintiff's withdrawal of nitrogen gas protocol following inducement of unconsciousness with sevoflurane as an alternative method of execution.

WHEREFORE, Plaintiff Jimmy Brooks, Jr. stipulates to the withdrawal of nitrogen gas protocol following inducement of unconsciousness with sevoflurane as an alternative method of execution.

Respectfully submitted,

/s/ *Angelique A. Ciliberti*

Angelique A. Ciliberti (ASB-1504T44C)
Paige H. Sharpe (*pro hac vice*)
Anna K. Thompson (*pro hac vice*)
Kevin A. Cline (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-5000
Angelique.Ciliberti@arnoldporter.com
Paige.Sharpe@arnoldporter.com
Anna.Thompson@arnoldporter.com
Kevin.Cline@arnoldporter.com

*Counsel for Plaintiff Jimmy Brooks, Jr.*

Steve Marshall
*Attorney General*
Robert M. Overing
*Principal Deputy Solicitor General*

/s/ *Lauren A. Simpson*
Lauren A. Simpson
*Deputy Attorney General*
Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130-0152
(334) 242-7300
Lauren.Simpson@AlabamaAG.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify counsel of record.

/s/ *Angelique A. Ciliberti*
Angelique A. Ciliberti