**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| *In re*: ALABAMA NITROGEN HYPOXIA PROTOCOL LITIGATION | CASE NO. 2:24-cv-00111-ECM |
| THIS DOCUMENT RELATES TO:<br><br>KIM VAN PELT,<br><br>Plaintiff,<br><br>v.<br><br>GREG LOVELACE, Commissioner, Alabama Department of Corrections, *et al.*,<br><br>Defendants. | CASE NO. 2:25-cv-00671-ECM<br><br>CAPITAL CASE |

**UNOPPOSED STIPULATION TO WITHDRAW EXIT-BAG HOOD AND KETAMINE AND FENTANYL AS ALTERNATIVE EXECUTION METHODS**

COMES NOW Plaintiff Kim Van Pelt, who respectfully stipulates to the withdrawal of the following two alternative methods of execution pleaded in his First Amended Complaint: (1) the alternative nitrogen gas protocol with an exit-bag hood and (2) the sequential, intramuscular injection of ketamine and fentanyl. In support of this stipulation, Plaintiff states as follows.

1. Plaintiff filed his original Complaint on August 22, 2025, and included three alternative methods of execution: (1) an alternative nitrogen gas protocol with midazolam; (2) an alternative nitrogen gas protocol with an exit-bag hood; and (3) sequential, intramuscular injection of ketamine and fentanyl. *See* Compl. ¶¶ 71–74, 75–76, 77–81 [No. 2:25-cv-00671, Doc. 1].

2. On May 4, 2026, Plaintiff filed a First Amended Complaint that maintained each of those alternatives, added morphine to the alternative nitrogen gas protocol with midazolam, and

also added firing squad. *See* First Am. Compl. ¶¶ 70–75, 76–77, 78–82, 83–86 [No. 2:24-cv-00111, Doc. 136].

3. After filing the First Amended Complaint, Plaintiff, in consultation with undersigned counsel, has decided not to move forward with the alternative nitrogen gas protocol with an exit-bag hood, *see* First Am. Compl. ¶¶ 76–77, or the sequential, intramuscular injection of ketamine and fentanyl, *see id.* ¶¶ 78–82, as alternatives in the trial of this case.

4. Plaintiff continues to pursue the remaining alternative methods of execution pleaded in the First Amended Complaint, namely, the alternative nitrogen gas protocol with midazolam and morphine, *see* First Am. Compl. ¶¶ 70–75, and firing squad, *see id.* ¶¶ 83–86.

5. Defendants do not object to Plaintiff's withdrawal of the nitrogen gas protocol with an exit-bag hood and the sequential, intramuscular injection of ketamine and fentanyl as alternative methods of execution.

WHEREFORE, Plaintiff Kim Van Pelt stipulates to the withdrawal of (1) nitrogen gas protocol with an exit-bag hood and (2) the sequential, intramuscular injection of ketamine and fentanyl as alternative methods of execution.

Respectfully submitted,

/s/ *Angelique A. Ciliberti*

Angelique A. Ciliberti (ASB-1504T44C)
Paige H. Sharpe (*pro hac vice*)
Anna K. Thompson (*pro hac vice*)
Kevin A. Cline (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-5000
Angelique.Ciliberti@arnoldporter.com
Paige.Sharpe@arnoldporter.com
Anna.Thompson@arnoldporter.com

Kevin.Cline@arnoldporter.com

*Counsel for Plaintiff Kim Van Pelt*

Steve Marshall
*Attorney General*
Robert M. Overing
*Principal Deputy Solicitor General*

/s/ *Lauren A. Simpson*
Lauren A. Simpson
*Deputy Attorney General*
Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130-0152
(334) 242-7300
Lauren.Simpson@AlabamaAG.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify counsel of record.

/s/ *Angelique A. Ciliberti*
Angelique A. Ciliberti