**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| *In re*: ALABAMA NITROGEN HYPOXIA PROTOCOL LITIGATION | CASE NO. 2:24-cv-00111-ECM |
| THIS DOCUMENT RELATES TO: | |
| MARCUS WILLIAMS, | CASE NO. 2:25-cv-00677-ECM |
| Plaintiff, | CAPITAL CASE |
| v. | |
| GREG LOVELACE, Commissioner, Alabama Department of Corrections, *et al.*, | |
| Defendants. | |

**UNOPPOSED STIPULATION TO WITHDRAW ELECTROCUTION AS AN ALTERNATIVE EXECUTION METHOD**

COMES NOW Plaintiff Marcus Williams, who respectfully stipulates to the withdrawal of electrocution as an alternative method of execution pleaded in his Complaint. In support of this stipulation, Plaintiff states as follows.

1. Plaintiff filed his Complaint on August 22, 2025, and included two alternative methods of execution: (1) firing squad; and (2) electrocution. *See* Compl. ¶¶ 71–73, 74–75 [No. 2:25-cv-00677, Doc. 1].

2. After filing the Complaint, Plaintiff, in consultation with undersigned counsel, has decided not to move forward with electrocution, *see* Compl. ¶¶ 74–75, as an alternative in the trial of this case.

3. Plaintiff continues to pursue the remaining alternative method of execution pleaded in the Complaint, namely, firing squad, *see* Compl. ¶¶ 71–73.

4. Defendants do not object to Plaintiff's withdrawal of electrocution as an alternative method of execution.

WHEREFORE, Plaintiff Marcus Williams stipulates to the withdrawal of electrocution as an alternative method of execution.

Respectfully submitted,

/s/ *Angelique A. Ciliberti*
Angelique A. Ciliberti (ASB-1504T44C)
Paige H. Sharpe (*pro hac vice*)
Anna K. Thompson (*pro hac vice*)
Kevin A. Cline (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-5000
Angelique.Ciliberti@arnoldporter.com
Paige.Sharpe@arnoldporter.com
Anna.Thompson@arnoldporter.com
Kevin.Cline@arnoldporter.com

*Counsel for Plaintiff Marcus Williams*

Steve Marshall
*Attorney General*
Robert M. Overing
*Principal Deputy Solicitor General*

/s/ *Lauren A. Simpson*
Lauren A. Simpson
*Deputy Attorney General*
Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130-0152
(334) 242-7300
Lauren.Simpson@AlabamaAG.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify counsel of record.

/s/ *Angelique A. Ciliberti*
Angelique A. Ciliberti