**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| IN RE:<br>ALABAMA NITROGEN HYPOXIA<br>PROTOCOL LITIGATION | Case No. 2:24-cv-00111-ECM<br><br>**CAPITAL CASE** |

**MOTION TO ADMIT ATTORNEY *PRO HAC VICE***

Pursuant to Rule 83.1 of the Local Rules of the Middle District of Alabama, Angelique A. Ciliberti, a member of good standing of the Alabama Bar who is admitted to practice before this Court, moves the Court to enter an Order admitting Jocelyn A. Wiesner of Arnold & Porter Kaye Scholer LLP to practice before this Court in the above-styled case. Said attorney represents Plaintiffs Kim Van Pelt, Rick Belisle, Jimmy Brooks, Jr., Larry George, and Marcus Williams.

1. Ms. Wiesner is an attorney with the law firm of Arnold & Porter Kaye Scholer LLP, 601 Massachusetts Avenue, NW, Washington, DC 20001; telephone number (202) 942-5810; e-mail: Jocelyn.Wiesner@arnoldporter.com.

2. Ms. Wiesner has been a member in good standing of the Bar of the State of New York since 2013, and the Bar of the District of Columbia since 2013. She is admitted to practice before the U.S. District Court for the District of Columbia (2014); U.S. District Court for the Eastern District of Michigan (2019); the U.S. Court of Appeals for the Fourth Circuit (2019); the U.S. Court of Appeals for the Eleventh Circuit (2026); and the Supreme Court of the United States (2026). A Certificate of Good Standing from the United States District Court for the Eastern District of Michigan is attached as **Exhibit A**.

3. Ms. Wiesner has never been the subject of disciplinary action by any bar association and has not been denied admission to any court of any state or to any federal court.

4. Ms. Wiesner will be associated in this proceeding with Angelique A. Ciliberti; Arnold & Porter Kaye Scholer LLP; 601 Massachusetts Avenue, NW, Washington, DC 20001; telephone number (202) 942-6272; fax number (202) 942-5999; email: angelique.ciliberti@arnoldporter.com.

5. Ms. Wiesner is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the Middle District of Alabama, the Federal Rules of Evidence, the Alabama Rules of Professional Conduct, and the Alabama Standards for Imposing Lawyer Discipline. She understands that she will be subject to the disciplinary jurisdiction of this Court.

6. The one hundred dollar ($100.00) filing fee is being paid contemporaneously with this filing.

WHEREFORE, it is respectfully requested that this Honorable Court admit Jocelyn A. Wiesner to appear *pro hac vice* as counsel for Plaintiffs Kim Van Pelt, Rick Belisle, Jimmy Brooks, Jr., Larry George, and Marcus Williams.

Dated: October 1, 2026

Respectfully submitted,

Angelique A. Ciliberti (ASB: 1504T44C)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel: (202) 942-6272
Fax: (202) 942-5999

Email: Angelique.Ciliberti@arnoldporter.com

*Attorney for Plaintiffs Kim Van Pelt, Rick Belisle, Jimmy Brooks, Jr., Larry George, and Marcus Williams*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ Angelique A. Ciliberti*
OF COUNSEL

# EXHIBIT A

# United States District Court

## Eastern District of Michigan

# CERTIFICATE OF GOOD STANDING

*I, Kinikia D. Essix, Clerk of Court, certify that*

***Jocelyn Wiesner***

*was duly admitted to practice in this Court on 02/28/2019,*

*and is in good standing as a member of the Bar of this Court.*

*Dated at Detroit, Michigan on 09/30/2026.*

***Kinikia D. Essix***
***Clerk***

Alaaya Bunton
***Deputy Clerk***

United States District Court ★ Eastern District of Michigan ★