# EXHIBIT A

| | *Smith* | *Frazier* | *Boyd* | *Lee* |
|---|---|---|---|---|
| **Time to Unconsciousness** | ¶ 9: Because the oxygen stores in the body are limited the inmate will quickly become unconscious (within 30-40 seconds . . . .<br><br>¶ 24: The time to unconsciousness at 5% oxygen is about 10-12 seconds (Miller & Mazur, 1983), so I would expect unconsciousness to occur within 35-40 seconds after initiation of the nitrogen. | ¶ 9: Because the oxygen stores in the body are limited, the inmate will quickly become unconscious (within 30-40 seconds . . . .<br><br>¶ 21: The time to unconsciousness at 5% oxygen is about 10-12 seconds (Miller & Mazur, 1983), so I would expect unconsciousness to occur within 35-40 seconds after the inhalation of 95-100% nitrogen. | ¶ 9: Because the oxygen stores in the body are limited, the inmate will quickly become unconscious (within 30-40 seconds . . . .<br><br>¶ 20: The time to unconsciousness at 5% oxygen is about 10-12 seconds (Miller & Mazur, 1983), so I would expect unconsciousness to occur within 35-40 seconds after the inhalation of 95-100% nitrogen. | ¶ 8: Because the oxygen stores in the body are limited, the inmate will quickly become unconscious (within 30-40 seconds . . . .<br><br>¶ 19: The time to unconsciousness at 5% oxygen is about 10-12 seconds (Miller & Mazur, 1983), so I would expect unconsciousness to occur within 35-40 seconds after the inhalation of 95-100% nitrogen. |

| | *Smith* | *Frazier* | *Boyd* | *Lee* |
|---|---|---|---|---|
| **Pain** | ¶ 30: Nothing in the Alabama protocol or the nitrogen hypoxia system developed by the ADOC would lead to the inmate suffering pain, aside from pain that would be associated with the inmate struggling while being moved to the execution chamber and being secured to the gurney and any attempts by the inmate to remove the mask by violent shaking of his head from side-to-side.<br><br>Put another way, the proposed method of execution using nitrogen hypoxia would not 'superadd' pain. | ¶ 28: Nothing in the Alabama protocol or the nitrogen hypoxia system developed by the ADOC would lead to the inmate suffering pain, aside from pain that would be associated with the inmate struggling while being moved to the execution chamber and being secured to the gurney and any attempts by the inmate to remove the mask by violent shaking of his head from side-to-side.<br><br>Put another way, the ADOC's method of execution using nitrogen hypoxia does not cause pain itself. | ¶ 29: Nothing in the Alabama protocol or the nitrogen hypoxia system developed by Alabama would lead to the inmate suffering pain, aside from pain that would be associated with the inmate struggling while being moved to the execution chamber and being secured to the gurney and any attempts by the inmate to remove the mask by violent shaking of his head from side-to-side.<br><br>Put another way, Alabama's method of execution using nitrogen hypoxia does not cause pain itself. | ¶ 29: Nothing in the Alabama protocol or the nitrogen hypoxia system developed by Alabama would lead to the inmate suffering pain, aside from pain that would be associated with the inmate struggling while being moved to the execution chamber and being secured to the gurney and any attempts by the inmate to remove the mask by violent shaking of his head from side-to-side.<br><br>Put another way, Alabama's method of execution using nitrogen hypoxia does not cause pain itself. |

| | *Smith* | *Frazier* | *Boyd* | *Lee* |
|---|---|---|---|---|
| **Time to Death** | ¶ 9: [A]fter several minutes the inmate's heart will stop (although there might be a few agonal beats for 10-15 minutes after initiation of nitrogen). | ¶ 9: After several minutes the inmate's heart will stop (although there might be a few irregular beats for 10-15 minutes after nitrogen affects the heart). | ¶ 9: After several minutes the inmate's heart will stop (although there might be a few irregular beats for 10-15 minutes after nitrogen affects the heart). | ¶ 8: After several minutes the inmate's heart will stop (although there might be a few irregular beats for 10-15 minutes after nitrogen affects the heart). |