# EXHIBIT A

**United States District & Bankruptcy Courts**
**for the District of Columbia**
CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC 20001


---

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**TAMRYN HOLLEY**

was, on the 5th day of June A.D. 2023 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 1st day of October A.D. 2026.

**ANGELA D. CAESAR,** Clerk of Courts

By: /s/ Nijel N. Eugene

**Deputy Clerk**