**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| IN RE:<br>ALABAMA NITROGEN HYPOXIA PROTOCOL LITIGATION | Case No. 2:24-cv-00111-ECM<br>**CAPITAL CASE** |

# NOTICE OF APPEARANCE

Pursuant to the Court's October 5, 2026 Order, ECF No. 179, please take notice that Tamryn D. Holley, having been admitted pro hac vice, hereby appears as counsel for Plaintiffs Kim Van Pelt, Rick Belisle, Jimmy Brooks, Jr., Larry George, and Marcus Williams in the above-captioned action, and requests that all future pleadings and other papers filed be served on her at the below address and/or email address.

Dated: October 12, 2026

Respectfully submitted,

*/s/ Tamryn D. Holley*
Tamryn D. Holley (D.C. Bar No. 90008077)
(admitted *pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel: (202) 942-5263
Fax: (202) 942-5999
Email: Tamryn.Holley@arnoldporter.com

*Attorney for Plaintiffs Kim Van Pelt, Rick Belisle, Jimmy Brooks, Jr., Larry George, and Marcus Williams*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ Tamryn D. Holley*
Tamryn D. Holley