**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| IN RE:<br>ALABAMA NITROGEN HYPOXIA<br>PROTOCOL LITIGATION | Case No. 2:24-cv-00111-ECM<br><br>**CAPITAL CASE** |

## MOTION TO WITHDRAW ATTORNEY APPEARANCE

PLEASE TAKE NOTICE that Tamryn D. Holley at Arnold & Porter Kaye Scholer LLP hereby withdraws her appearance as counsel for Plaintiffs Kim Van Pelt, Rick Belisle, Jimmy Brooks, Jr., Larry George, and Marcus Williams in the above-captioned proceeding and requests to be removed from the service list. Plaintiffs Kim Van Pelt, Rick Belisle, Jimmy Brooks, Jr., Larry George, and Marcus Williams will continue to be represented by Arnold & Porter Kaye Scholer LLP and by attorneys at those law firms, and others, who have entered their appearances in this matter.

WHEREFORE, Ms. Holley respectfully requests to be removed from the service list and that she be relieved from any further responsibility in this cause.

Dated: October 29, 2026

Respectfully submitted,

*/s/ Tamryn D. Holley*

Tamryn D. Holley
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel: (202) 942-6272
Fax: (202) 942-5999
Email:
tamryn.holley@arnoldporter.com

*Attorney for Plaintiffs Kim Van Pelt, Rick Belisle, Jimmy Brooks, Jr., Larry George, and Marcus Williams*

## . <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on October 29, 2026, a true and correct copy of the foregoing has been served on all counsel of record via CM/ECF.

*<u>/s/ Tamryn D. Holley</u>*
Tamryn D. Holley
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel: (202) 942-6272
Fax: (202) 942-5999
Email:
tamryn.holley@arnoldporter.com

*Attorney for Plaintiffs Kim Van Pelt, Rick Belisle, Jimmy Brooks, Jr., Larry George, and Marcus Williams*