**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| IN RE:<br>ALABAMA NITROGEN HYPOXIA<br>PROTOCOL LITIGATION | Case No. 2:24-cv-00111-ECM<br><br>**CAPITAL CASE** |

**[PROPOSED] ORDER**

Upon consideration of Tamryn D. Holley's Motion to Withdraw Appearance, it is ORDERED that the Motion is GRANTED.

DONE this __ day of ________, 2026.

______________________________
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE