**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| IN RE:<br>ALABAMA NITROGEN HYPOXIA PROTOCOL LITIGATION | Case No. 2:24-cv-00111-ECM<br><br>**CAPITAL CASE** |

**PLAINTIFFS' OBJECTION TO DEFENDANTS' EXPERT REPORTS UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(a)(2)**

Pursuant to the Uniform Scheduling Order's provision that any "objection" to an expert report be "filed within 14 days after disclosure of any expert witness,"[1] Plaintiffs submit this notice of their objections to Defendants' expert disclosures, which were served on October 15, 2026. Plaintiffs have timely served Defendants with objections to those expert reports, a copy of which is attached as Exhibit A, and intend to meet and confer with Defendants to resolve the objections before requesting Court intervention.

Respectfully Submitted,

*/s/ Justin D. Lerer*

Justin D. Lerer

**Paul, Weiss, Rifkind, Wharton & Garrison LLP**

David K. Kessler (NY Bar No. 4761938)
(*pro hac vice* admission pending)
Justin D. Lerer (NY Bar No. 4182812)
(*pro hac vice*)
Kyle T. Sieber (NY Bar No. 5755798)
(*pro hac vice*)

[1] The Uniform Scheduling Order was entered for Mr. Wilson at ECF No. 80 and for the remaining consolidated plaintiffs at ECF No. 47, *Van Pelt* v. *Hamm*, 25-cv-00671 (M.D. Ala. Feb. 9, 2026).

1285 Avenue of the Americas,
New York, NY 10019
(212) 373-3000
dkessler@paulweiss.com
jlerer@paulweiss.com
ksieber@paulweiss.com

**Brief Ehrlich, P.C.**

Andrew J. Ehrlich (*pro hac vice*)

355 Riverside Drive, 5W
New York, NY 10025
(917) 405-7928
ajehrlich@gmail.com

*Attorneys for Plaintiff Jarrod Taylor*

**King & Spalding LLP**

J. Andrew Pratt (ASB-3507-J)
Joshua Toll (*pro hac vice*)
Kathryn Lehman (*pro hac vice*)
Samuel R. Diamant (*pro hac vice*)

1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
(404) 572-4600
apratt@kslaw.com
jtoll@kslaw.com
klehman@kslaw.com
sdiamant@kslaw.com

*Attorneys for Plaintiff Mark Jenkins*

**Columbia Law School**

Bernard E. Harcourt (ASB-4316-A31B)

435 West 116th Street
New York, New York 10027
Telephone: (212) 854-1997
Fax: (212) 854-7946
Email: beh2139@columbia.edu

*Attorney for Plaintiff David Wilson*
**Arnold & Porter Kaye Scholer LLP**

Angelique A. Ciliberti (ASB: 1504T44C)
Paige H. Sharpe (pro hac vice)
Anna K. Thompson (pro hac vice)
Kevin A. Cline (pro hac vice)

601 Massachusetts Ave. NW
Washington, DC 20001
(202) 942-5000
angelique.ciliberti@arnoldporter.com
paige.sharpe@arnoldporter.com
anna.thompson@arnoldporter.com
kevin.cline@arnoldporter.com

*Attorneys for Plaintiffs Kim Van Pelt, Rick Belisle, Jimmy Brooks, Jr., Larry George, and Marcus Williams*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ Justin D. Lerer*

Justin D. Lerer