**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| Alabama Nitrogen Hypoxia Protocol | ) | Case No. 2:24-cv-111-ECM |
| Litigation | ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXPERT DISCLOSURES**

Without waiving or conceding any objection or argument that the expert reports Defendants tendered do not comply with the Federal Rules of Civil Procedure, in the spirit of compromise and judicial economy, Defendants respond to Plaintiffs' objections to Defendants' October 15, 2026, expert disclosures, DE187-1, as follows:

## I. The Welner-Tramontin Reports

Dr. Welner and Dr. Tramontin are revising their reports and will provide them as soon as possible.

## II. The Reviewer "Endorsements"

Defendants are providing Plaintiffs with revised copies of the reports of Dr. Oliver, Dr. Palumbo, Dr. Aghion, and Dr. Goldberg, omitting the contested peer reviewer statements.

## III. Sources

Defendants are providing Plaintiffs with revised copies of the reports of Dr. Caruso and Dr. Mandoff; Dr. Caruso's should be available on November 6. As noted above, revised copies of the reports of Dr. Welner and Dr. Tramontin are forthcoming.

## IV. Materials and Inspection

Defendants construe this portion of Plaintiffs' objection as their second request for production. Concerning Dr. Antognini's testing at Holman Correctional Facility in September 2026:

- **Complete testing records:** Defendants are disclosing to Plaintiffs notes made by Dr. Antognini and a note written by Defendants' counsel and given to Dr. Antognini.

- **Complete recordings:** Defendants are disclosing to Plaintiffs all videos made during the testing.

- **Oxygen monitor documentation:** Defendants are disclosing to Plaintiffs the manufacturer and model of the oxygen monitor used, as well as the manual (retrieved from the manufacturer's website). Neither Defendants nor Dr. Antognini have "calibration, maintenance, or verification records associated with the monitors used," DE187-1:7.

- **Apparatus documentation:** Defendants have asked Dr. Antognini to preserve all materials and components from the testing.

- **Inspection:** Plaintiffs' counsel may inspect the materials in California on November 20, 2026.

Respectfully submitted on November 5, 2026.

Steve Marshall
*Attorney General*

***/s/ Lauren A. Simpson***
Lauren A. Simpson
*Deputy Attorney General*

Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130-0152
(334) 242-7300
Lauren.Simpson@AlabamaAG.gov

Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to counsel of record.

***/s/ Lauren A. Simpson***
Lauren A. Simpson
*Deputy Attorney General*

ADDRESS OF COUNSEL:

Office of the Attorney General
Capital Litigation Division
501 Washington Avenue
Montgomery, AL 36130
(334) 242-7300
Lauren.Simpson@AlabamaAG.gov