IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

***In re. Alabama Nitrogen Hypoxia Protocol Litigation***

| | | |
|---|---|---|
| DAVID WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:24-cv-111-ECM |
| | ) | |
| GREG LOVELACE, Commissioner, | ) | *DEATH PENALTY CASE* |
| Alabama Department of Corrections, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF DAVID WILSON'S OBJECTIONS TO DEFENDANT'S EXPERT DISCLOSURE RE: JULIAN KU UNDER FED. R. CIV. PRO 26(a)(2)**

Pursuant to the Court's Scheduling Order (Doc. 80 at page 3) and its provision that any "objection" to an expert report be "filed within 14 days after disclosure of any expert witness," Plaintiff David Wilson submits this notice of his objections to Defendant's expert disclosure regarding Professor Julian Ku, which was served on October 23, 2026. Plaintiff has timely served Defendant with objections to the expert report, a copy of which is attached as Exhibit A, and intends to meet and confer with Defendant to resolve the objections before requesting the Court's intervention.

Dated: November 6, 2026

Respectfully submitted,

Bernard E. Harcourt
(ASB-4316-A31B)

**Columbia Law School**
435 West 116th Street
New York, New York 10027
Telephone: (212) 854-1997
Fax: (212) 854-7946
Email: beh2139@columbia.edu

*Attorney for Plaintiff David Wilson*

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2026, the foregoing has been electronically filed with the Clerk of the Court and therefore a copy has been electronically served upon counsel for Respondent:

Lauren Simpson, Esq.
Office of the Attorney General
Attn: Capital Litigation Division
501 Washington Avenue
Montgomery, AL 36130

Bernard E. Harcourt