**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| IN RE:<br>ALABAMA NITROGEN HYPOXIA PROTOCOL LITIGATION | Case No. 2:24-cv-00111-ECM<br><br>**CAPITAL CASE** |

# JOINT MOTION TO EXTEND DISCOVERY DEADLINES

Consolidated Plaintiffs David Wilson, Kim Van Pelt, Rick Belisle, Jimmy Brooks Jr., Larry George, Mark Jenkins, Marcus Williams, and Jarrod Taylor (collectively, the "Consolidated Plaintiffs"), and Defendants Greg Lovelace and Terry Raybon ("Defendants" and, together with the Consolidated Plaintiffs, the "Parties") jointly and respectfully move the Court for an order extending the deadline for discovery from December 14, 2026 to December 22, 2026; the deadline to confer regarding settlement from December 14, 2026 to December 22, 2026; the filing of the joint notice concerning settlement conference and mediation from December 21, 2026 to December 29, 2026; and the filing of any dispositive motions and/or *Daubert* motions from January 13, 2027 to January 20, 2027.

The Parties do not request that the Court alter any other deadlines or calendared events, including the pretrial conference or the trial setting. In support of this Motion, the Parties respectfully state as follows:

1. On February 9, 2026, the Court entered its Uniform Scheduling Order, setting a discovery cutoff of December 14, 2026 and establishing the deadline for dispositive and *Daubert* motions as January 13, 2027. *Van Pelt v. Lovelace*, Case No. 2:25-cv-00671-ECM, Doc. 47 §§ 2, 7.[1] The Parties have been working

[1] In January 2026, Plaintiffs Kim Van Pelt, Rick Belisle, Jimmy Brooks Jr., Larry George, Mark Jenkins, Marcus Williams, and Jarrod Taylor's actions were consolidated under *Van Pelt v. Lovelace*, Case No. 2:25-cv-00671-ECM, Doc. 34 (N.D. Ala. Jan. 15, 2026). The Court entered a Uniform Scheduling Order for the consolidated actions in the *Van Pelt* case on February 9, 2026. *Id.*, Doc. 47 (N.D. Ala. Feb. 9, 2026). Then, in March 2026, those actions were further consolidated with Mr. Wilson's action under *Wilson v. Lovelace*, Case No. 2:24-cv-00111-ECM, Doc. 109 (N.D. Ala. Mar. 24, 2026). The Parties treat the Uniform Scheduling Order filed in the *Van Pelt* case as the operative scheduling order.

cooperatively and diligently in meet-and-confer discussions to schedule depositions and complete discovery in accordance with the Court's order.

2. Certain timing and scheduling issues have arisen that present challenges in completing depositions under the current schedule. There are over a dozen experts who have been disclosed to date and will be deposed. Under the current schedule, the Parties will need to complete all expert depositions in a compressed period, obtain the transcripts thereof, and prepare any resulting dispositive and/or *Daubert* motions over the end-of-year holidays. While the Parties are working to complete these depositions, as well as fact witness depositions, including through the dual tracking of multiple depositions on the same day in some cases, a brief extension will provide for a much more workable schedule in light of travel and holiday commitments while still maintaining the broader schedule.

3. The Parties respectfully request that the Court grant a brief extension of the deadlines for:

a. Completing discovery from December 14, 2026, to December 22, 2026;

b. Conducting a settlement conference from December 14, 2026 to December 22, 2026.

c. Filing the joint notice concerning settlement conference and mediation from December 21, 2026 to December 29, 2026; and

d. Filing dispositive and/or *Daubert* motions from January 13, 2027, to January 20, 2027.

4. A scheduling order "may be modified only for good cause with the judge's consent." Fed. R. Civ. P. 16(b)(4). Good cause exists where the schedule cannot be met despite the diligence of the Parties seeking the extension. Fed. R. Civ. P. 16 advisory committee's note to 1983 amendment. Here, the Parties have worked diligently to meet the present schedule but request minor relief in light of the current compression and to account for travel and planning around the end-of-year holidays. This request is the first extension request the Parties have sought, is made in good faith, will advance the orderly consideration of issues raised by the case, and will not delay the resolution of this action.

5. The Parties do not seek to change or delay the May 6, 2027 deadline for the proposed pretrial order and related pretrial filings, the May 13, 2027 pretrial conference, or the bench trial term beginning June 28, 2027. Doc. 47 §§ 1, 2, 9–11.

6. Consistent with Section 13(B) of the Scheduling Order, counsel for all Parties have met and conferred in a timely manner before filing this motion, and all Parties agree to the requested extension, as reflected by the joint filing.

For the foregoing reasons, the Parties respectfully request that the Court grant this joint Motion.

Dated: November 11, 2026

Respectfully submitted,

/s/ Joshua Toll

Joshua Toll (pro hac vice)
Samuel R. Diamant (pro hac vice)

**King & Spalding LLP**
1700 Pennsylvania Ave NW #900,
Washington, DC 20006
(202) 737-0500
jtoll@kslaw.com
sdiamant@kslaw.com

*Attorneys for Plaintiff Mark Jenkins*

/s/ David K. Kessler

David K. Kessler (pro hac vice)
Justin D. Lerer (pro hac vice)
Kyle T. Sieber (pro hac vice)

**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
dkessler@paulweiss.com
jlerer@paulweiss.com
ksieber@paulweiss.com

Andrew J. Ehrlich (pro hac vice)

**Brief Ehrlich, P.C.**
355 Riverside Drive, 5W
New York, NY 10025
(917) 405-7928
ajehrlich@gmail.com

*Attorneys for Plaintiff Jarrod Taylor*

*/s/ Bernard E. Harcourt*

Bernard E. Harcourt (ASB-4316-A31B)

**Columbia Law School**
435 West 116th Street
New York, New York 10027
Telephone: (212) 854-1997
Fax: (212) 854-7946
Email: beh2139@columbia.edu

*Attorney for Plaintiff David Wilson*

*/s/ Angelique A. Ciliberti*

Angelique A. Ciliberti (ASB: 1504T44C)
Paige H. Sharpe (pro hac vice)
Anna K. Thompson (pro hac vice)
Kevin A. Cline (pro hac vice)

**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Ave. NW
Washington, DC 20001
(202) 942-5000
angelique.ciliberti@arnoldporter.com
paige.sharpe@arnoldporter.com
anna.thompson@arnoldporter.com
kevin.cline@arnoldporter.com

*Attorneys for Plaintiffs Kim Van Pelt, Rick Belisle, Jimmy Brooks, Jr., Larry George, and Marcus Williams*

Steve Marshall
*Attorney General*

*/s/ Lauren A. Simpson*

Lauren A. Simpson
*Deputy Attorney General*

**Office of the Attorney General**
501 Washington Avenue
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Lauren.Simpson@AlabamaAG.gov

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ Joshua Toll*

Joshua Toll