**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| IN RE:<br>ALABAMA NITROGEN HYPOXIA<br>PROTOCOL LITIGATION | CASE NO. 2:24-cv-00111-ECM<br><br>**CAPITAL CASE** |

**MOTION TO ADMIT ATTORNEY *PRO HAC VICE***

Pursuant to Rule 83.1 of the Local Rules of the Middle District of Alabama, Angelique A. Ciliberti, a member of good standing of the Alabama Bar who is admitted to practice before this Court, moves the Court to enter an Order admitting Caleb Thompson of Arnold & Porter Kaye Scholer LLP to practice before this Court in the above-styled case. Said attorney represents Plaintiffs Kim Van Pelt, Rick Belisle, Jimmy Brooks, Jr., Larry George and Marcus Williams.

1. Mr. Thompson is an attorney with the law firm of Arnold & Porter Kaye Scholer LLP, 250 West 55th St, New York, NY 10019-9710; telephone number (212) 836-7457; e-mail: cale.thompson@arnoldporter.com.

2. Mr. Thompson has been a member in good standing of the Bar of the State of New York since 2024, and the Bar of the District of Columbia since 2022. He is admitted to practice before the U.S. District Court for the District of Columbia (2025); and the U.S. Court of Appeals for the District of Columbia Circuit (2025). A Certificate of Good Standing from the U.S. District Court for the District of Columbia is attached.

3. Mr. Thompson has never been the subject of disciplinary action by any bar association and has not been denied admission to any court of any state or to any federal court.

4. Mr. Thompson will be associated in this proceeding with Angelique A. Ciliberti; Arnold & Porter Kaye Scholer LLP; 601 Massachusetts Avenue, NW, Washington, DC 20001;

telephone number (202) 942-6272; fax number (202) 942-5999; email: angelique.ciliberti@arnoldporter.com.

5. Mr. Thompson is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the Middle District of Alabama, the Federal Rules of Evidence, the Alabama Rules of Professional Conduct, and the Alabama Standards for Imposing Lawyer Discipline. He understands that he will be subject to the disciplinary jurisdiction of this Court.

6. The one hundred dollar ($100.00) filing fee is being paid contemporaneously with this filing.

WHEREFORE, it is respectfully requested that this Honorable Court admit Caleb Thompson to appear *pro hac vice* as counsel for Plaintiffs Kim Van Pelt, Rick Belisle, Jimmy Brooks, Jr., Larry George and Marcus Williams.

Dated: November 12, 2026

Respectfully submitted,

Angelique A. Ciliberti (ASB: 1504T44C)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel: (202) 942-6272
Fax: (202) 942-5999
Email: Angelique.Ciliberti@arnoldporter.com

*Attorney for Plaintiffs Kim Van Pelt, Rick Belisle, Jimmy Brooks, Jr., Larry George and Marcus Williams*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s/Angelique A. Ciliberti*

OF COUNSEL