IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE:<br>ALABAMA NITROGEN HYPOXIA PROTOCOL LITIGATION | CASE NO. 2:24-cv-00111-ECM |
| THIS DOCUMENT RELATES TO<br><br>MARK JENKINS,<br><br>Plaintiff,<br><br>v.<br><br>GREG LOVELACE, in his official capacity as Commissioner, Alabama Department of Corrections, and<br><br>TERRY RAYBON, in his official capacity as Warden, Holman Correctional Facility,<br><br>Defendants. | CASE NO. 2:25-cv-00676-ECM<br><br>CAPITAL CASE |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 83.1(b) of the Local Rules of the United States District Court for the Middle District of Alabama, Mark Jenkins moves this Court to admit James Butler of the law firm King & Spalding LLP to appear pro hac vice in this proceeding as counsel for Mr. Jenkins. In support of this motion, James Butler represents as follows:

1. I reside, and regularly practice law, in New York. I am admitted to the United States District Court for the Southern District of New York, the United States District Court for the District of Colorado, and the State Bar of New York. My New York State Bar Number is 5925375;

2. I am in good standing with each of these bars and have attached herewith a Certificate of Good Standing from the United States District Court for the Southern District of New York; and

3. The one-hundred-dollar ($100) filing fee is being paid contemporaneously with this filing.

WHEREFORE, Mr. Jenkins respectfully requests that the Court enter an Order permitting James Butler to appear pro hac vice in this proceeding.

Dated: November 12, 2026

Respectfully submitted,

*/s/ Joshua Toll*

Joshua Toll (pro hac vice)
Samuel R. Diamant (pro hac vice)

King & Spalding LLP
1700 Pennsylvania Ave NW #900
Washington, DC 20006
Tel.: (404) 572-4600
Email: *jtoll@kslaw.com*
*sdiamant@kslaw.com*

*Attorneys for Plaintiff Mark Jenkins*

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

JAMES C. BUTLER, Bar # ----

was duly admitted to practice in the Court on

November 12, 2026

and is in good standing as a member of the Bar of this Court

Dated at 500 Pearl St.
New York, New York

On November 12, 2026

Tammi M. Hellwig

Tammi M. Hellwig
Clerk of Court

By

Deputy Clerk