IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| Alabama Nitrogen Hypoxia Protocol | ) | CASE NO. 2:24-cv-111-ECM |
| Litigation | ) | |

**O R D E R**

Now pending before the Court are counsel for Plaintiffs Kim Van Pelt, Rick Belisle, Jimmy Brooks, Jr., Larry George, and Marcus Williams' motion to admit Caleb Thompson pro hac vice (doc. 192); and counsel for Plaintiff Mark Jenkins' motion to admit James C. Butler pro hac vice (doc. 193). Upon consideration of the motions, and for good cause, it is

ORDERED that the motion to admit Caleb Thompson pro hac vice (doc. 192) is GRANTED, and Attorney Caleb Thompson is ADMITTED to appear before this Court pro hac vice to represent Plaintiffs Kim Van Pelt, Rick Belisle, Jimmy Brooks, Jr., Larry George, and Marcus Williams in this action. Attorney Thompson shall file a notice of appearance as soon as practicable. It is further

ORDERED that the motion to admit James C. Butler pro hac vice (doc. 193) is GRANTED, and Attorney James C. Butler is ADMITTED to appear before this Court pro hac vice to represent Plaintiff Mark Jenkins in this action. Attorney Butler shall file a notice of appearance as soon as practicable.

DONE this 12th day of November, 2026.

/s/ Emily C. Marks
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE