IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE:<br>ALABAMA NITROGEN HYPOXIA PROTOCOL LITIGATION | Case No. 2:24-cv-00111-ECM<br><br>**CAPITAL CASE** |

# **MOTION TO WITHDRAW ATTORNEY APPEARANCE**

PLEASE TAKE NOTICE that J. Andrew Pratt is no longer an attorney at the law firm of King & Spalding LLP and hereby withdraws his appearance as counsel for Plaintiff Mark Jenkins in the above-captioned proceeding. Plaintiff Mark Jenkins will continue to be represented by Joshua Toll and Samuel R. Diamant of King & Spalding LLP, and others, who have entered their appearances in this matter.

WHEREFORE, Mr. J. Andrew Pratt respectfully requests to be removed from the service list and that he be relieved from any further responsibility in this cause.

November 12, 2026

Respectfully submitted,

*/s/ Samuel R. Diamant*

Joshua Toll (pro hac vice)
Samuel R. Diamant (pro hac vice)

King & Spalding LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20006

(202) 737 0500
jtoll@kslaw.com
sdiamant@kslaw.com

*Attorneys for Plaintiff Mark Jenkins*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ Samuel R. Diamant*
Samuel R. Diamant