IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE:<br>ALABAMA NITROGEN HYPOXIA PROTOCOL LITIGATION | Case No. 2:24-cv-00111-ECM<br><br>**CAPITAL CASE** |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW ATTORNEY APPEARANCE**

Upon consideration Kathryn S. Lehman's Motion to Withdraw Appearance, it is so ORDERED that the Motion is GRANTED.

DATED:

______________________________

EMILY C. MARKS
UNITED STATES DISTRICT JUDGE