**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| IN RE:<br>ALABAMA NITROGEN HYPOXIA PROTOCOL LITIGATION | Case No. 2:24-cv-00111-ECM<br><br>**CAPITAL CASE** |

**NOTICE OF APPEARANCE**

Pursuant to the Court's November 12, 2026 Order, ECF No. 195, please take notice that Caleb Thompson, having been admitted pro hac vice, hereby appears as counsel for Plaintiffs Kim Van Pelt, Rick Belisle, Jimmy Brooks, Jr., Larry George and Marcus Williams in the above-captioned action, and requests that all future pleadings and other papers filed be served on him at the below address and/or email address.

Dated: November 13, 2026

Respectfully submitted,

*/s/ Caleb Thompson*
Caleb Thompson (D.C. Bar No. 6146583)
(*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019-9710
Tel: (212) 836-7457
Email: caleb.thompson@arnoldporter.com

*Attorney for Plaintiffs Kim Van Pelt, Rick Belisle, Jimmy Brooks, Jr., Larry George, and Marcus Williams*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ Caleb Thompson*
Caleb Thompson