**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| IN RE:<br>ALABAMA NITROGEN HYPOXIA PROTOCOL LITIGATION | Case No. 2:24-cv-00111-ECM<br><br>**CAPITAL CASE** |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to LR 83.1(b), I respectfully request that the Court enter my appearance *pro hac vice* on behalf of plaintiff Jarrod Taylor. The Court should grant this Motion because:

1. I reside, and regularly practice law, in New York. I am admitted to the United States District Court for the Southern District of New York, and the New York Supreme Court, Third Department;

2. I am in good standing with these bars, and I have attached herewith a Certificate of Good Standing from the United States District Court for the Southern District of New York; and

3. I have paid herewith the fee required for admission under LR 83.1(b).

Respectfully submitted,

JARROD TAYLOR

By his attorney,

Alexandra Ginsberg (NY Bar No. 6285613)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
aginsberg@paulweiss.com

Dated: November 13, 2026

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

ALEXANDRA GINSBERG, Bar # ----

was duly admitted to practice in the Court on

November 10, 2026

and is in good standing as a member of the Bar of this Court

Dated at 500 Pearl St. New York, New York On November 10, 2026

Tammi M. Hellwig
Clerk of Court

By
Deputy Clerk

**Certificate of Service**

I hereby certify that on November 13, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ Alexandra Ginsberg*

Alexandra Ginsberg