**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| IN RE: ALABAMA NITROGEN HYPOXIA PROTOCOL LITIGATION | Case No. 2:24-cv-00111-ECM<br><br>**CAPITAL CASE** |

**NOTICE OF APPEARANCE**

Pursuant to the Court's November 13, 2026 Order, ECF No. 204, please take notice that Robert Klein, having been admitted *pro hac vice*, hereby appears as counsel for Plaintiff Jarrod Taylor in the above-captioned action, and requests that all future pleadings and other papers filed be served on him at the below address and/or email address.

Dated: November 13, 2026

Respectfully submitted,

*/s/ Robert Klein*

Robert Klein (NY Bar No. 5914460) (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
rklein@paulweiss.com

*Attorney for Plaintiff Jarrod Taylor*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Robert Klein*

Robert Klein