IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE:<br>ALABAMA NITROGEN HYPOXIA PROTOCOL LITIGATION | Case No. 2:24-cv-00111-ECM<br><br>**CAPITAL CASE** |

# NOTICE OF APPEARANCE

Pursuant to the Court's November 12, 2026 Order, ECF No. 195, please take notice that James Butler, having been admitted pro hac vice, hereby appears as counsel for Plaintiff Mark Jenkins in the above-captioned action, and requests that all future pleadings and other papers filed be served on him at the below address and/or email address.

Dated: November 16, 2026

Respectfully submitted,

*/s/ James Butler*

James Butler (*pro hac vice*)
King & Spalding LLP
1290 Avenue of the Americas
14th Floor
New York, NY 10104
(212) 5562100
Email: *jbutler@kslaw.com*

*Attorneys for Plaintiff Mark Jenkins*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ James Butler*
James Butler