**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| IN RE:<br>ALABAMA NITROGEN HYPOXIA<br>PROTOCOL LITIGATION | Case No. 2:24-cv-00111-ECM<br><br>**CAPITAL CASE** |

**MOTION FOR ADMISSION *PRO HAC VICE***
**FOR ALEXANDRA MOTHNER**

Pursuant to LR 83.1(b) of the Local Civil Rules of United States District Court for the Middle District of Alabama, Alexandra Ginsberg, admitted *pro hac vice* to this Court, respectfully moves the Court for permission for her co-counsel, Alexandra Mothner of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1345 Avenue of the Americas, New York, NY 10105, amothner@paulweiss.com, to appear in this case *pro hac vice* on behalf of plaintiff Jarrod Taylor. Ms. Ginsberg respectfully states as follows:

1. Alexandra Mothner regularly practices law in New York (NY Bar No. 6330294). She is an active member in good standing of the New York Supreme Court, First Department. A copy of her Certificate of Good Standing from the New York Supreme Court, First Department is attached hereto;

2. Alexandra Mothner has never been disbarred or suspended from practice before any court, department, bureau or commission of any state of the United States. She has never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar;

3. Alexandra Ginsberg is an attorney with Paul, Weiss, Rifkind, Wharton & Garrison LLP located at 1345 Avenue of the Americas, New York, NY 10105, and is admitted to practice *pro hac vice* before the U.S. District Court for the Middle District of Alabama;

4. In accordance with the local rules of this Court, the required fee has been paid for Alexandra Mothner's admission *pro hac vice*;

5. Alexandra Mothner agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before this Court in connection with her *pro hac vice* representation in this case; and

6. No previous request for the relief sought herein has been made to this Court, and no party would be prejudiced by an Order admitting Alexandra Mothner to practice in this Court.

WHEREFORE Alexandra Ginsberg respectfully moves this Court to enter an Order admitting Alexandra Mothner to appear *pro hac vice* before this Court on behalf of plaintiff Jarrod Taylor.

Respectfully submitted,

JARROD TAYLOR

By his attorney,

Alexandra Ginsberg

Alexandra Ginsberg (NY Bar No. 6285613)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1345 Avenue of the Americas
New York, NY 10105
(212) 373-3000
aginsberg@paulweiss.com

and

Alexandra Mothner (submitting *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

1345 Avenue of the Americas
New York, NY 10105
(212) 373-3000
amothner@paulweiss.com

Dated: November 16, 2026

# Appellate Division of the Supreme Court
# of the State of New York
# First Judicial Department

---

*I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that*

## *Alexandra Kate Mothner*

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on* ***June 22, 2026****, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*

*In Witness Whereof, I have hereunto set my hand in the City of New York on November 16, 2026.*

Susanna M. Rojas

*Clerk of the Court*

*CertID-00318260*

**Certificate of Service**

I hereby certify that on November 16, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ Alexandra Ginsberg*

Alexandra Ginsberg