AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I, Brenna B. Mahoney, Clerk of this Court,

certify that Alexandra Mothner, Bar # 6330294,

was duly admitted to practice in this Court on 11/18/2026, and is in good standing as a member

of the Bar of this Court.

Dated at Brooklyn *(Location)* on 11/18/2026 *(Date)*

Brenna B. Mahoney
*CLERK OF COURT*

David Afrani
Deputy Clerk

