IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE:<br>ALABAMA NITROGEN HYPOXIA PROTOCOL LITIGATION | Case No. 2:24-cv-00111-ECM |
| THIS DOCUMENT RELATES TO<br><br>MARK JENKINS,<br><br>Plaintiff,<br><br>v.<br><br>GREG LOVELACE, in his official capacity as Commissioner, Alabama Department of Corrections, and<br><br>TERRY RAYBON, in his official capacity as Warden, Holman Correctional Facility,<br><br>Defendants. | Case No. 2:25-cv-00676-ECM<br><br>CAPITAL CASE |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.1(b) of the Local Rules of the United States District Court for the Middle District of Alabama, Plaintiff Mark Jenkins moves this Court to admit Emily Yonan of the law firm King & Spalding LLP to appear pro hac vice in this proceeding as counsel for Mr. Jenkins. In support of this motion, Emily Yonan represents as follows:

1. I reside, and regularly practice law, in California. I am admitted to the United States District Court for the Northern District of California and the State Bars of California and New York. My California State Bar Number is 359404, and my New York State Bar Number is 6047617.

2. I am in good standing with both of these bars and have attached herewith a Certificate of Good Standing from the United States District Court for the Northern District of California.

3. The one-hundred dollar ($100) filing fee is being paid contemporaneously with this filing.

WHEREFORE, Mr. Jenkins respectfully requests that the Court enter an Order permitting Emily Yonan to appear *pro hac vice* in this proceeding.

November 18, 2026

Respectfully submitted,

*/s/ Samuel R. Diamant*

Joshua Toll (pro hac vice)
Samuel R. Diamant (pro hac vice)

King & Spalding LLP
1700 Pennsylvania Ave NW #900
Washington, DC 20006
(404) 572-4600
jtoll@kslaw.com
sdiamant@kslaw.com

Emily Yonan (California Bar No.
359404
50 California Street, Suite 3300

San Francisco, CA 94111
(415) 318-1200
eyonan@kslaw.com

*Attorneys for Plaintiff Mark Jenkins*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ Samuel R. Diamant*
Samuel R. Diamant

# United States District Court
# Northern District of California

# CERTIFICATE OF GOOD STANDING

It is hereby certified that

## Emily Marie Yonan

Bar Number 359404

was duly admitted to practice in this Court on January 16, 2025,
and is in good standing as a member of the bar of this Court.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed on November 13, 2026 by

Mark B. Busby, Clerk of Court