**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| IN RE: ALABAMA NITROGEN HYPOXIA PROTOCOL LITIGATION | Case No. 2:24-cv-00111-ECM<br><br>**CAPITAL CASE** |

# NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Paul, Weiss, Rifkind, Wharton & Garrison LLP has relocated its New York office to the following address as of November 16, 2026:

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1345 Avenue of the Americas
New York, New York 10105-0302
(212) 373 3000

Please direct any hard copy service to us at our new address. The firm's address for each attorney has been updated in the PACER/ECF filing system.

Dated: New York, New York
November 19, 2026

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP

By: */s/ David K. Kessler*
David K. Kessler (pro hac vice)
Justin Lerer (pro hac vice)
Kyle T. Sieber (pro hac vice)
Robert Klein (pro hac vice)
Alexandra Ginsberg (pro hac vice)
1345 Avenue of the Americas
New York, New York 10105-0302
Tel: (212) 373-3000
Fax: (212) 757-3990
dkessler@paulweiss.com
jlerer@paulweiss.com
ksieber@paulweiss.com
rklein@paulweiss.com
aginsberg@paulweiss.com

*Counsel for Plaintiff Jarrod Taylor*