IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE:<br>ALABAMA NITROGEN HYPOXIA PROTOCOL LITIGATION | Case No. 2:24-cv-00111-ECM<br><br>Case No. 2:25-cv-00676-ECM<br><br>CAPITAL CASE |
| THIS DOCUMENT RELATES TO<br><br>MARK JENKINS,<br><br>Plaintiff,<br><br>v.<br><br>GREG LOVELACE, in his official capacity as Commissioner, Alabama Department of Corrections, and<br><br>TERRY RAYBON, in his official capacity as Warden, Holman Correctional Facility,<br><br>Defendants. | |

## NOTICE OF APPEARANCE

Please take notice that Emily Yonan, having been admitted pro hac vice, hereby appears as counsel for Plaintiff Mark Jenkins in the above-captioned action, and requests that all future pleadings and other papers filed be served on her at the below address and/or email address.

Dated: November 23, 2026

Respectfully submitted,

*/s/ Emily Yonan*

Emily Yonan (pro hac vice)
King & Spalding LLP
50 California Street
Suite 3300
San Francisco, CA 94111
P: + 415 318 1200
eyonan@kslaw.com

*Attorneys for Plaintiff Mark Jenkins*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ Emily Yonan*
Emily Yonan