**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| IN RE: ALABAMA NITROGEN HYPOXIA PROTOCOL LITIGATION | Case No. 2:24-CV-00111-ECM<br><br>**CAPITAL CASE** |

**NOTICE OF APPEARANCE**

COMES NOW the undersigned, Soren Geiger, and hereby enters his appearance as counsel of record for the Defendant in the above-styled cause, and requests that copies of all future pleadings, motions, notices, orders, and other papers filed or served in this action be served upon the undersigned at the address and email address set forth below.

Dated: November 23, 2026

Respectfully submitted,

*/s/ Soren Geiger*


Soren Geiger (0336T31L)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
soren@consovoymccarthy.com


*Attorney for the Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Soren Geiger*
Soren Geiger