**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| DAVID WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:24-cv-111-EMC |
| | ) | |
| JOHN Q. HAMM, | ) | |
| Commissioner of the Alabama | ) | |
| Department of Corrections, | ) | |
| | ) | |
| Defendant. | ) | |

# NOTICE OF APPEARANCE

COMES NOW the undersigned, Paxton Weeks, and enters her appearance as counsel for the Defendant in the above-styled cause.

Respectfully submitted,

Steve Marshall
*Attorney General*

***s/ Paxton Weeks***
Paxton Weeks
*Assistant Attorney General*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to counsel of Record.

***s/ Paxton Weeks***
Paxton Weeks
*Assistant Attorney General*

ADDRESS OF COUNSEL:

Office of the Attorney General
Capital Litigation Division
501 Washington Avenue
Montgomery, AL 36130
Office (334) 242-7300
Fax (334) 353-8400
Paxton Weeks @AlabamaAG.gov